# EXHIBIT I

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                    MIAMI DIVISION
              CASE NO. 14-24009-CIV-JLK

DUNN, ET AL.,

          Plaintiffs,                MIAMI, FLORIDA
      vs.
                                     DECEMBER 8, 2014

TAKATA CORPORATION, ET AL.,
                                        PAGES 1 - 48

          Defendants.

_____/



              TRANSCRIPT OF MOTIONS HEARING
      BEFORE THE HONORABLE JAMES LAWRENCE KING
              UNITED STATES DISTRICT JUDGE



APPEARANCES:

FOR THE PLAINTIFF DUNN:      PETER PRIETO, ESQ.
                             JOHN GRAVANTE, III, ESQ.
                             MATTHEW WEINSHALL, ESQ.
                             PODHURST ORSECK, P.A.
                             West Flagler Street
                             Suite 800
                             Miami, FL 33130

                             MARTIS ALEX, ESQ.
                             GREGORY S. ASCIOLLA, ESQ.
                             LABATON SUCHAROW, LLP
                             140 Broadway
                             New York, NY 10005

                             LAWRENCE A. SUCHAROW, ESQ.
                             LABATON SUCHAROW LLP
                             140 Broadway
                             New York, NY 10005
```

2

APPEARANCES (cont'd.)

| | |
|---|---|
| FOR THE PLAINTIFF DUNN: | ROLAND TELLIS, ESQ.<br>BARON & BUDD, P.C.<br>15910 Ventura Boulevard<br>Suite 1600<br>Encino, CA 91436 |
| FOR THE PLAINTIFF:<br>TAKATA CORPORATION | ELIZABETH CABRASER, ESQ.<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN<br>275 Battery St., 29th Floor<br>San Francisco, CA 94111 |
| FOR THE DEFENDANT:<br>TK HOLDINGS, INC. | DAVID M. BERNICK, ESQ.<br>KIRKLAND & ELLIS<br>200 E. Randolph Drive<br>Suite 6048<br>Chicago, Illinois 60601 |
| FOR THE DEFENDANT:<br>TOYOTA MOTOR ENGINEERING<br>& MANUFACTURING NORTH<br>AMERICA, INC. | DONALD A. BLACKWELL, ESQ.<br>SEIPP, FLICK & HOSLEY, LLP<br>2 Alhambra Plaza<br>Suite 800<br>Miami, Florida 33134 |
| FOR THE DEFENDANT:<br>TK HOLDINGS, INC.<br>HIGHLAND INDUSTRIES, INC. | HOPE S. FREIWALD, ESQ.<br>DECHERT, LLP<br>2929 Arch Street<br>Philadelphia, PA 19104 |
| FOR THE DEFENDANT:<br>HIGHLAND INDUSTRIES, INC.<br>TK HOLDINGS, INC. | STEPHEN J. KRIGBAUM, ESQ.<br>CARLTON FIELDS JORDEN<br>BURT, P.A.<br>PO Box 150<br>West Palm Beach, FL 33402 |
| FOR THE DEFENDANT:<br>AMERICAN HONDA CO., INC. | MICHAEL L. MALLOW, ESQ.<br>LOEB & LOEB, LLP<br>10100 Santa Monica Blvd.<br>Suite 2200<br>Los Angeles, CA 90067 |
| FOR THE DEFENDANT:<br>AMERICAN HONDA CO., INC. | ERIC S. MATTSON, ESQ.<br>SIGNEY AUSTIN, LLP<br>One South Dearborn Street<br>Chicago, IL 60603 |

3

```
                     APPEARANCES (cont'd.)

FOR THE DEFENDANT:          TERRI STEINHAUS REISKIN, ESQ.
TOYOTA MOTOR ENGINEERING    DYKEMA GOSSETT PLLC
& MANUFACTURING NORTH       1300 I Street NW
AMERICA, INC.               Suite 300 West
                            Washington, DC 20005


FOR THE DEFENDANT:          THOMAS E. SCOTT, JR., ESQ.
AMERICAN HONDA CO., INC.    COLE SCOTT & KISSANE
                            Dadeland Centre II
                            Suite 1400
                            9150 S Dadeland Boulevard
                            Miami, FL 33156


FOR THE DEFENDANT:          E. COLIN THOMPSON, ESQ.
FORD MOTOR COMPANY          DLA PIPER LLP
                            100 North Tampa Street
                            Suite 2200
                            Tampa, FL 33602


FOR THE DEFENDANT:          ERIC KIZIRIAN, ESQ.
BMW NORTH AMERICAN          LEWIS BRISBOIS BISGAARD
                            & SMITH LLP
                            221 N. Figueroa Street
                            Suite 1200
                            Los Angeles, CA 90012


FOR THE DEFENDANT:          JOEL DEWEY, ESQ.
FORD MOTOR CO.              DLA PIPER LLP
                            Marbury Building
                            Suite A100
                            6225 Smith Avenue
                            Baltimore, MD 21209


FOR THE DEFENDANT:          SCOTT SCHLESINGER, ESQ.
                            LAW OFFICES OF
                            SHELDON J. SCHLESINGER
                            1212 Southeast Third Avenue
                            Fort Lauderdale, FL 33316


REPORTED BY:            DIANE M. MILLER, RMR, CRR
                        Official United States Court Reporter
                        400 N. Miami Avenue
                        Miami, FL  33128
                        (305)523-5251
                        diane_miller@flsd.uscourts.gov
```

Monday, December 8, 2014.

4

```
1                        P–R–O–C–E–E–D–I–N–G–S

2              THE COURT:  Thank you.  Be seated, please.

3              All right.  We have scheduled this afternoon a joint

4    hearing of the combined two motions:  One is a motion for

5    expedited discovery filed by the Plaintiffs; one is –– or the

6    other issue involves a motion for a stay pending consideration

7    by the Judicial Panel Multidistrict Litigation.  The second

8    motion is filed by several different parties.  There are

9    several motions, but basically, those seem to be the

10   two thrusts of the hearing for this afternoon.

11             Now, looking out over the courtroom, I don't know,

12   I'm just guessing we've got 30, 40 lawyers here.

13             And, Joyce, I don't know whether –– did you do –– we

14   did the first time we were here ––

15             THE COURTROOM DEPUTY:  Yes, I did.

16             THE COURT:  –– pass the notebook and say ––

17             THE COURTROOM DEPUTY:  Yes.

18             THE COURT:  You did that?

19             THE COURTROOM DEPUTY:  Yes.

20             THE COURT:  I would like everybody to, you know, be

21   recorded as being here for the hearing, but rather than just

22   having you stand up and announce your appearances, if you will

23   kindly, as Joyce has indicated, pass around the list and

24   everybody sign it.  Then the court reporter will put it all

25   into the record.  We have done that on another substantial
```

Monday, December 8, 2014.

1  case of several years ago, and it worked very well.

2         All right.  Then it would be my suggestion, the most

3  expeditious way to handle this would be to start with the

4  Defendants' motion for stay rather than the motion for

5  expedited discovery.  We can -- I can hear from you.  You can

6  argue and all of that, but I think that might be the best way

7  to start, and we ultimately will get to all of this.

8         I see Mr. Prieto back there who is here, and for the

9  other --

10        Well, Mr. Prieto, do you have any objection -- your

11  motion may have been filed first, but do you have any problem

12  with taking the motion of the defendants regarding MDL

13  consideration first?

14        MR. PRIETO:  No, Your Honor.  It's a pretty

15  reasonable way to approach this.

16        THE COURT:  Okay.  All right.  Now then, we will

17  turn to the defendants and -- please, yes.

18        MR. BERNICK:  Good afternoon, Your Honor.  My name

19  is David Bernick, and I represent Takata and the Takata

20  entities here today.  I don't know if Your Honor would like me

21  to introduce other people who are here for Takata or just to

22  wait the list, but I'm more than happy to do so.

23        THE COURT:  Whichever is -- announce the appearances

24  on behalf of your client -- are you going to be doing -- are

25  some of the others going to be speaking and joining in your

1    motion, or do you know yet?

2              MR. BERNICK:  I know that I will be speaking, and I

3    believe that the automakers will probably be addressing the

4    Court as well.  Not individually, I suspect, but perhaps as a

5    group with Judge Scott.  I don't know exactly what the details

6    are.

7              THE COURT:  All right.  Well, why -- we will get

8    everybody on the list, but those that speak will announce, and

9    announce their firm and who they represent as Mr. Bernick has

10   just done.

11             If you kindly step to the podium.

12             MR. BERNICK:  Sure.

13             THE COURT:  I'll be glad to hear from you.

14             MR. BERNICK:  Good afternoon, Your Honor.

15             In these cases, we have so many lawyers, and there

16   are so many other lawyers who are not present here today but

17   who are actively involved in these matters that maybe it would

18   be hopeful, at least, to start out with some areas where we

19   believe that there is agreement and go from there to the

20   points of disagreement.

21             And I have four points where I think that there is,

22   in fact, agreement.  One is that this litigation concerns

23   events that have created a very significant public safety

24   issue.  There is no question about that whatsoever.

25             In anticipation, indeed reflecting that issue, when

Monday, December 8, 2014.

7

1    in early this year, in January, my client met with the NHTSA

2    Organization -- that is the National Highway Transportation

3    Safety Agency -- which has, as you know, responsibility on

4    behalf of the government for assuring safety on our highways.

5    So a meeting took place in January; a further report was made

6    in May; and since that time, there has been a very regular and

7    growingly intensive line of communication between the Takata

8    companies and NHTSA concerning this very issue.

9            Many more things have been done, and I'll touch on

10   them in a moment, but the plaintiffs need not worry or concern

11   themselves that somehow the Court has to resolve or is being

12   asked to resolve whether there is a safety issue because we

13   agree that there is one.

14           The question presented I believe here today, Your

15   Honor, is where, that is in this case; when; what time, if at

16   all, should this issue actually be resolved; is this the case;

17   and is this the time to deal with that public safety issue.

18           And this brings me to the second point where I

19   believe that there is agreement.  It relates to what this case

20   is about.  This case is about diminution in value.  This is a

21   class action on behalf of people who claim that their

22   automobiles have diminished value because of the issue that

23   relates to the inflater.

24           And Mr. Prieto, at the hearing that took place a few

25   weeks ago, was candid in acknowledging that that was the

Monday, December 8, 2014.

8

1    nature of this case.  Those kinds of cases, cases that deal

2    with diminution in value class actions have become very common

3    over the years, and this falls right into that same pattern.

4          And indeed there are, as Your Honor is well aware

5    from the briefs, many, many more cases that differ in certain

6    respects from this one; but the gravamen is the same, they are

7    class actions that seek loss of value, diminution of value.

8          There are now 57 of those cases, by current count,

9    all over the country.  They tend to be in pockets.  There are

10   several of them that are here in the Southern District of

11   Florida; others in the Middle District of Florida; they're in

12   California; they're in Pennsylvania; they're in Detroit;

13   they're in New York; they're in North Carolina.  I could go

14   on.  They're all over the place except the far West may not be

15   all that well represented, but they're certainly all over the

16   country.

17         This case is a diminution of value case.  I don't

18   think there is any issue about that, but there is some

19   language in the complaint that asks for equitable relief, and

20   so I want to turn to that for my third point of agreement.

21         The third point of agreement is that in this case

22   that seeks diminution of value, there is today no request for

23   a preliminary injunction, none.  This case has been pending

24   now for five weeks.  No such request has been made.  That's

25   not for want of information we would suggest to the Court.

Monday, December 8, 2014.

9

1  This particular controversy has been in the papers two to

2  three times a week.  There have been congressional hearings

3  highly publicized.  There have been a series of announcements

4  by NHTSA concerning this controversy.  And if you take a look

5  at the complaint itself in this case, Your Honor, you will see

6  that it is chock full of information, all kinds of

7  information; information historically about recalls and

8  ruptures, information about current developments.  Every brief

9  that is filed by the plaintiffs, properly so, updates the

10  Court with further information that relates to this

11  controversy.  So for all of that information, an extremely

12  well-informed case.

13          They knew who the defendants are.  They know what

14  the issue is.  They know specifics about the issue.  They get

15  really, in a sense, an up-to-date view of exactly what NHTSA

16  believes is being reflected in the data.  This is like we are

17  already up to speed.  This is not a case where discovery is

18  needed in aid of the initial prosecution of the case.  There

19  are some.  There are some where a lawsuit gets filed against a

20  John Doe, basically, saying we want to shut down Internet

21  abuse, but we don't know who is running this site, we need

22  discovery just to prosecute the case.  This is at the opposite

23  extreme of that.

24          This is a case where there has been tremendous news

25  coverage, tremendous interest in light of the public issue of

Monday, December 8, 2014.

10

```
 1  concern.  What that means is that if there is no preliminary
 2  injunction motion now.  It's probably, indeed undoubtedly
 3  because the plaintiffs who are extremely ably represented here
 4  and everybody knows that.  Very, very excellent lawyers and
 5  law firms, they don't believe that the prosecution of a motion
 6  for a preliminary injunction is warranted at this time where
 7  it would be a wise thing to do and for the Court to take up
 8  its time with it, at this point in time.  And that is the
 9  third point of agreement which is -- today, even with all of
10  this information, having a preliminary injunction motion is
11  something that does not make practical sense.
12          THE COURT:  Now, those three issues would not be
13  matters that the MDL panel would probably be concerned with
14  because they deal with the sufficiency of the pleadings, the
15  need for emergency relief, and these other things.  The MDL
16  panel will be looking at whether or not there is some sort of
17  consistency between the overall contention, which you quite
18  correctly said, there is no disagreement on about the fact
19  that this is a diminution of value case.  This is not a
20  personal injury case, although there is some language in there
21  that might concern you later on.  But you deal with that if
22  the case is here or wherever it is sent by the MDL panel, and
23  that will get straightened out.
24          So my point is that we are here today to inquire as
25  to whether or not there should be a stay of this case, this
```

Monday, December 8, 2014.

11

1  one single case, or I may have two.  There are 11 or 12 or 14

2  or so -- 14, I think, in the Southern District of Florida, but

3  right now I only have -- I'm only involved with one or two.

4          So the question would be whether we should await

5  some action by the MDL panel, which experience has taught us

6  usually is forthcoming in three to four months, five months;

7  and secondly, is there any reason we should not do that.

8  That's sort of a traditional way of looking at it.  And so

9  your argument is quite simple, Judge, I think -- I don't want

10 to put words in your mouth, but, Judge, let's do what we

11 always do in these things.

12         Now, if I was handling my first MDL case, and I'm

13 not.  You are thinking of the bank case, but I had four of

14 these over the years.  My first was in 1972, so I'm familiar

15 with the MDL.  If you were with a brand new federal judge who

16 had never heard of the MDL panel, then I'm sure what you are

17 saying would be very, very helpful.  And while it's

18 entertaining to me -- and I'm enjoying hearing your good loud

19 voice, I compliment you on that -- you are well organized.

20 But really, what we are talking about is should we follow a

21 traditional panel or not.

22         The other side suggests, oh, no, Judge, we need to

23 go forward, but you are anticipating their argument.  They

24 haven't made it yet, and I don't know how far they're going to

25 go before arbitrary old judges will cut them off at the knees,

Monday, December 8, 2014.

1   and it will be a short hearing.

2         All I'm suggesting is you may want to wait and see

3   what your objection is because, right now, it looks to me --

4   I'm not telegraphing, I'm not prejudging, but it's pretty

5   standard from what you have alluded to.

6         MR. BERNICK:  Yes, yes.

7         THE COURT:  It's a national of filings, and you have

8   named a bunch of states.  It seems like it's ready made for

9   consideration by the judicial panel --

10        MR. BERNICK:  Yes.

11        THE COURT:  -- on multidistrict litigation.  Now

12  what they will do with it or whatever is totally up to them.

13  We all will respect it, whatever it is -- certainly I will,

14  and I know you guys don't dare not to.  Even I will

15  respect it.  I'm joking a little bit.  You are not smiling.

16  You are saying, what's this guy talking about.

17        All I'm saying is whatever they decide is what we

18  are all going to do.  And experience has taught me that this

19  is probably going to be one that they take jurisdiction

20  over --

21        MR. BERNICK:  Yes.

22        THE COURT:  -- and review their -- go through their

23  process of determining where it should be sent, and then send

24  it out.  And I'll be very interested to see what novel,

25  innovative argument Mr. Prieto or his colleagues come up with.

Monday, December 8, 2014.

1   They have been coming before me two or three times a month for

2   the last five years, so I'm -- I can tell you they come up

3   with interesting, innovative things.  You people come up with

4   interesting.  It's real good hearings, real nice, but I don't

5   know what he's going to say today that is going to persuade me

6   that I should rule against you, so unless you've got something

7   further why, you might want to quit or you can keep talking.

8            Judge Scott keeps talking sometimes, and then I'll

9   remind him that you are trying to persuade me to change my

10  ruling.  At that point, he always is very respectful:  No,

11  Judge, I don't want you to.

12           I don't mean to cut you off, but isn't that about

13  where we are today?

14           MR. BERNICK:  I think so.  And I would agree with

15  that, and I would only make the observation because I know now

16  that my words are -- every word tends to discount the strong

17  guidance and sound guidance that you gave me, but what would I

18  would say is that yes.

19           And for the Court's information, there is no

20  opposition to the MDL, and these plaintiffs support the MDL

21  indeed.  They have moved for it.  The MDL is scheduled to

22  probably hear this matter at the end of January, probably

23  decide in February, so we have 60 days.

24           And the only other thing that I would add by way of

25  framing what I know will be their argument is this, that I

Monday, December 8, 2014.

14

1 don't believe we have moved for a general stay of the case.

2 We have not seen any effort on their part to advance the

3 motion practice.  They have agreed not to do that.  We don't

4 see any effort on their part to advance general discovery.  We

5 don't see that.  So what we are talking about is expedited

6 discovery, and that's their -- that's their motion.  And I

7 would think that --

8        THE COURT:  Well, I wouldn't touch that until the

9 MDL tells me to do it, would I?  And then you better buckle up

10 your seat belts, if I get that.  So you know where you are

11 headed.  You will be on a fast track then, if it comes here.

12 I don't know that it will.

13        MR. BERNICK:  Right.

14        THE COURT:  I have a general viewpoint about how the

15 MDL panel looks at these things, having been very close

16 friends with several of them that were chairman of that panel

17 over the years and having been involved with, so I have no

18 idea whether it will come here or not.  I don't know.  I can

19 hazard a guess based upon my experience and knowledge, but

20 there is no point in that.

21        Why don't we let you just sit down for a minute, and

22 let's see -- I will give you very liberal response time to

23 whatever they come up with, if there is something that you

24 would have loved to have told me about in advance.  I will

25 hear from you.

Monday, December 8, 2014.

15

1          MR. BERNICK:  Thank you.

2          THE COURT:  Thank you.  Anybody else who would like

3     to talk on this matter before we hear from Mr. Prieto?

4     Anything you want, I don't want to discourage anybody on this.

5     This is an important case.

6          UNIDENTIFIED SPEAKER:  I think on behalf of the

7     automakers, and I think I'm speaking for them, we will take

8     the Court's comments at value and keep our mouths shut.

9          THE COURT:  Thank you.

10          Mr. Prieto.

11          MR. PRIETO:  May it please the Court; good

12     afternoon, Your Honor.

13          Your Honor, we have been very careful and very

14     reasonable in what we have asked of this Court and of the

15     defendants, and the reason is that we are trying to balance

16     the interest of our clients and protecting our clients and, at

17     the same time, not doing anything for this Court or any action

18     that we take to interfere with either the JPML or NHTSA.  So

19     we have fashioned our request of Your Honor to be very narrow

20     and very limited.

21          As to the stay, we, in fact, have agreed with the

22     defendants.  Look, you can wait until the JPML acts to respond

23     to our complaint because it makes sense.  Because at some

24     point, they're -- we are going to file.  At some point in some

25     court, maybe this court, we are going to file a consolidated

```
 1    complaint.  The current one is going to be amended.  So we
 2    said we have no problem on agreeing with you to defer it.  You
 3    know, you responded to the complaint because there is going to
 4    be a consolidated complaint down the road.
 5            What we oppose, Your Honor, is a screeching halt,
 6    complete stay of this case, which is the first case filed
 7    against Takata and the automakers around the country.  This is
 8    ground zero.  This is the first case filed around the country.
 9    So we have opposed a general stay but have agreed with the
10    defendants on certain issues.  And the reason that we oppose
11    the general stay is, number one, the JPML doesn't require it.
12            Mr. Bernick, in his very loud voice, made a very
13    good argument, but he forgot to mention one thing, and that's
14    the JPML rule.  And the JPML rule says as follows, the
15    applicable rule, and I quote:  "Pendency of a motion before
16    the panel does not affect or suspend orders and pretrial
17    proceedings in any pending federal district court action and
18    does not limit the pretrial jurisdiction of that court."
19    That's what the JPML says to district courts and counsel when
20    these kinds of motions are heard.  That's number one.
21            The manual for complex litigation basically says the
22    same thing, you don't have to halt proceedings in the district
23    court as long as the proceedings in the district court do not
24    impact or affect the JPML.  And our limited requests for
25    narrow, limited discovery here would in no way impact either
```

Monday, December 8, 2014.

17

```
 1   the JPML proceedings or any subsequent court, including this
 2   one who may get the MDL.
 3           So it's a very narrow request, and we are saying,
 4   Judge, don't put a screeching halt to everything.  We will
 5   cooperate with the defendants to make sure that this moves at
 6   a reasonable pace in light of the MDL.
 7           You noted that their position is that this is
 8   traditionally done.  This is the way things are done.  It's
 9   really not.  The courts are divided depending on what the
10   nature of the request made in the district court is.  If it's
11   not going to impact the JPML, district courts permit the
12   proceedings to go forward.  This case is a perfect example,
13   Your Honor.
14           We are asking for very limited discovery.  We are
15   asking simply for a copy of what they have provided or will
16   provide to NHTSA or Congress.  In today's world, that means
17   that all they have to do is push a computer, and they give us
18   a copy of one of these disks.  That's all we are asking for, a
19   copy of what they have already produced or will be produced to
20   Congress or NHTSA.  That is not burdensome.  And that's why we
21   believe that a general stay in this case is just simply not
22   appropriate.
23           They cite to the case that you granted a stay, the
24   case of *Julian*, and that case is completely different.  That
25   was a single plaintiff case.  The MDL had already been
```

Monday, December 8, 2014.

1  created.  It was the Vioxx MDL before Judge Fallon in

2  Louisiana; and more importantly, the drug there --

3  pharmaceutical drug there that was the subject of that

4  litigation had already been taken off the market by the

5  defendant.

6          Here, that is not the case.  An MDL has not been

7  created.  Number two, the airbags, some have been taken off

8  the market when somebody shows up to replace them; but, Your

9  Honor, they're attempting to produce replacement airbags at

10 the level of 450,000 a month, and that's not going to cut it.

11 So the defective product here is still on the market and ready

12 to cause damage whenever it causes damage.  And we have cited

13 in -- Your Honor, in our papers, the many instances of

14 personal injuries that these bags have caused.

15         THE COURT:  Yes, but I'm only dealing with Mr. Dunn,

16 I believe, and somebody named Mr. Koehler, and we are only

17 dealing with a few cases here, whereas the discovery in an MDL

18 would go forward in a massive number, and it would control the

19 action.  It could be organized in a sensible way to get all of

20 the cases, hopefully, concluded like our bank case,

21 four-and-a-half years, that's pretty good; millions and

22 millions and millions of people; $2,274,000,000 in

23 settlements; four-and-a-half years, that's not bad.  That's

24 pretty good.

25         So MDL can function -- the class actions in MDL can

Monday, December 8, 2014.

19

1 really function well, and we are talking about -- Mr. Bernick

2 mentioned the date, and maybe I misunderstood him, but some

3 date that the MDL panel meets in January, well, that's only a

4 month away.  What's the harm?  What's the harm in getting

5 something consolidated where you are -- in the Southern

6 District of Florida, at least you would be dealing with 14 or

7 18 cases, whatever it may -- today, it may be up to more than

8 that.  But you have got a consolidated basis instead of them

9 having to print 2,000 or 20,000 or 200,000 disks and mail them

10 out to judges around the country that are ordering the lawyers

11 to do this and that and the other thing.  Wouldn't it be

12 better to have it consolidated and to where it can be done in

13 a month, two months?

14           MR. PRIETO:  Your Honor, I think that granting the

15 limited discovery that we have asked for here will actually

16 speed up the process, and the reason is as follows:  We are

17 not going to obtain this very limited discovery and keep it to

18 ourselves.  In fact, in some of the stays that they have

19 negotiated around the country, they have put in a provision in

20 the stay that says, if Judge King requires us to produce

21 records in South Florida, you are to give us those records.

22 Those stays have been negotiated by them with respect to some

23 counsel but maybe not all counsel.  So that's number one.

24           The second point that I would ask -- that I would

25 make is that if we get this very limited set of discovery that

Monday, December 8, 2014.

20

1   they have already produced, Your Honor, or about to produce to

2   Congress and NHTSA, we can actually speed up the process once

3   an MDL court is in place because we will have that discovery

4   and we can tailor or discovery plan and our request to speed

5   up the process once that MDL is created.  So the discovery

6   that we are asking for here will actually benefit a future

7   Court, whether it's this Court.  And we have asked and

8   recommended to the panel that it be some judges in the

9   Southern District of Florida that have MDL experience such as

10  yourself, so whether it's you or whether it's another Court,

11  actually producing this very limited set of discovery, Your

12  Honor, that they have already produced, a simple copy to us is

13  actually going to benefit, in the long-term, an MDL court in

14  speeding up the process.  Because what's going to happen is as

15  follows.  There is going to be a hearing on January 29th.  The

16  JPML, believe it or not, Judge, coincidentally, is meeting in

17  Miami on January 29th.  They probably usually issue orders

18  within two to three weeks.  We think that's what will happen

19  here within the first two weeks of February.  Then whoever

20  gets this case, all of the actions are going to come into the

21  court, and then the first thing that's going to happen is

22  leadership.  The Court has to appoint leadership.  And then

23  there is going to be back and forth about this whole process

24  of discovery.  So it may be April, May, or June before the

25  plaintiffs actually start demanding discovery of the

Monday, December 8, 2014.

1  defendants.  So we are talking about six, seven months before

2  the case -- the MDL court actually starts moving forward.

3        So when they tell you just wait until January 29th,

4  nothing is happening on January 29th except that the JPML will

5  hear where the cases will be transferred.  It's going to be

6  another three, four, or five months before the plaintiffs'

7  leadership group after that MDL is formed.

8        THE COURT:  What happens that slows it down after

9  they have their hearing?  Don't they usually come forth with a

10  designation of a particular or specific court or specific

11  division of Southern District New York, California, Florida,

12  whatever?  Don't they do that pretty quickly, two, three

13  weeks?

14        MR. PRIETO:  Yes, Your Honor.

15        THE COURT:  All right.  From then on, it's up to the

16  receiving court.  What -- you skipped over that.  Then it

17  became six, eight months down the road.  Is that because the

18  court that it's assigned to sits around trying to read the

19  rules and figure out what to do, or what is it?

20        MR. PRIETO:  Your Honor, as Your Honor knows from

21  experience, some courts are a lot quicker than others.  Some

22  courts are a lot quicker.

23        THE COURT:  Yeah, but you skipped over another part

24  too, and that is the pleading practice.  You see, you have

25  your complaint.  You have talked about an amended consolidated

Monday, December 8, 2014.

22

```
 1   complaint.  Fine, that will probably happen, probably.  I
 2   mean, as far as the Court has to approve, probably you get
 3   that; and then they get answers -- well, first of all, they
 4   get to test.  And you know, that's -- testing those pleadings,
 5   that all comes pretty much before discovery.  Now, there is
 6   where your holdup is going to be because you need a court --
 7   you need consideration of those motions probably, and the
 8   briefing and oral argument on those motions can be very
 9   substantial on whether or not it is a class action, the common
10   denominators, commonality, all of that sort of thing.  Now,
11   that's where the holdup is.
12            So it seems to me that the discovery, until you get
13   the pleading really solidified and you know exactly what
14   complaint, exactly what answer, what the issues are, you know,
15   you're -- that's where the holdup is.  And starting that, at
16   this point before a court is even selected -- I don't mean to
17   be quarreling with you.  I hope I'm not perceived that way.  I
18   should let you do the talking, but it just seems to me that
19   there's about where we are and that -- you've got to go
20   through that discovery phase, and that will take time for all
21   of these people.
22            Now -- well, I've got -- I'll have to ask
23   Mr. Bernick about that, but in the bank case, we had 31 major
24   banks, and each bank had 2-, 300 sub banks and all that, so it
25   was a different problem.
```

Monday, December 8, 2014.

23

1          Here we have -- you all are going to have to educate
2     me on this, but here we have a manufacturer of a unit that
3     deals with airbags.  We have car manufacturers.  In terms of
4     defendants, about how many roughly?  Approximately, how many
5     defendants do we have?
6          MR. PRIETO:  Roughly, I would say between six and
7     eight defendants currently, Your Honor.
8          THE COURT:  Okay.  Six or eight currently.  That's a
9     lot different than the 31 banks, all of whom had 10 to 15
10    lawyers for each bank that came here; great lawyers, and they
11    all wanted to talk.  And you guys couldn't let that happen
12    without talking back, so that's slowed things down.
13         Here, six or eight can -- well, I'm rambling.
14         All right.  You are suggesting that you would get a
15    running start because they could give you these -- this
16    information they have already furnished, according to your
17    briefs, to the -- either the Congress or the national agency
18    that governs these matters.  But getting it ahead of time
19    before you have the pleadings solidified, what are you going
20    to do with it?  Why do you need that running start?
21         MR. PRIETO:  The reason we need that running start
22    are twofold, Your Honor.  There is a public safety issue here,
23    as Your Honor knows.  It is a significant public safety issue.
24         THE COURT:  For devaluation?
25         MR. PRIETO:  No, I mean -- let me address that

Monday, December 8, 2014.

24

1    issue.  They say this is a diminution in value case, not a

2    personal injury case.  Well, we have asked for injunctive

3    relief; and the fact that we are representing clients in a

4    class action for diminution in value does not mean that we

5    cannot protect our clients from future injury, and we have

6    asked for that injunctive relief in our complaint.

7                    THE COURT:  I understand.

8                    MR. PRIETO:  So there is a significant personal

9    safety issue here; and that's why we need the documents now,

10   not because we will absolutely file a preliminary injunction

11   for injunctive relief, but we at least need to protect our

12   clients to see what the documents indicate to see if there are

13   any further steps that we can take to protect our clients.

14                   One more point that I would like to make to Your

15   Honor is this whole issue that there is no preliminary

16   injunction filed in this case.  Mr. Bernick says, oh, there is

17   a wealth of evidence out there and information.  Your Honor,

18   Your Honor knows better than anyone in this courtroom, when

19   you move for a preliminary injunction, you better have

20   evidence that's admissible.

21                   Right now, what we have got are statements to

22   Congress, our congressional statements, our self-serving

23   statements by the defendants to Congress, and newspaper

24   stories.  If we were to come to Your Honor with a preliminary

25   injunction based on that evidence, Mr. Bernick would tell you,

Monday, December 8, 2014.

1  Your Honor, these are newspaper stories.  They've got not one

2  shred of evidence that -- for a preliminary injunction.

3  That's what they would say, if we came in here with the

4  existing evidence publicly known right now.  And all we are

5  simply asking is give us a small limited core of records to

6  see whether we can do something else to protect our clients

7  before the JPML acts.  We are not saying we are going to do

8  it.  We are not saying we are going to file it, just give us

9  the opportunity to look at what the evidence shows.

10         This core group of records, Your Honor, is going to

11  be relevant to every single case out in the country because

12  what they're producing to NHTSA and Congress goes to the core

13  of the defect which is going to determine whether -- you know,

14  the value, whether there is a defect, whether they knew of the

15  defect and did not disclose it.

16         According to a couple of their former employees,

17  they were conducting secret testing on these airbags during

18  the weekends and after hours.  And you know what they did with

19  the results of that testing according to two former employees?

20  They destroyed it.  So there is another reason why we need to

21  see what they produced to Congress and NHTSA, and it's -- Your

22  Honor, it is limited.  It is narrow.  It is simply them

23  burning one copy for us.  And if they give us one copy, we are

24  not going to put it in a vault, and we are not going to share

25  it with other plaintiff's lawyers.  We are going to produce

Monday, December 8, 2014.

1  it.  In fact, they have to produce it, based on the agreements

2  that they have with other plaintiff's counsel.  They have to

3  produce whatever Your Honor deems it appropriate for them to

4  produce in this case.

5         Again, our request for a stay is don't put this case

6  into a screeching halt.  Let's work slowly, and we will work

7  in conjunction with the JPML.  And, again, the relief that we

8  are asking -- I'm going beyond the motion for a stay -- is

9  very narrow.

10        One thing that they make an argument in their

11 pleadings, Your Honor, is that we are the only group of

12 lawyers who have not agreed to stay our case, and the reason

13 for that is simple.  We were the first case that was filed in

14 the country against Takata.  People are relying on us to

15 vindicate the rights of other plaintiffs, so that's why we did

16 not agree to a stay.  We were the first case in the country to

17 be filed; and within days of us filing our motion for

18 expedited discovery, Your Honor -- as Your Honor usually does

19 -- set it for a hearing.  That's why we are here, because Your

20 Honor moved faster and quicker than most of the other judges

21 and because we were the first case that was filed in the

22 country against Takata and the automakers.  So the fact that

23 other people have agreed to a stay means absolutely nothing.

24 It simply means that they're relying on us to see -- and

25 looking to see what happens in this courtroom.

Monday, December 8, 2014.

27

1             Again, we are asking for a very limited relief.
2    It's not going to impact the JPML.  It's not going to impact
3    anybody else, including NHTSA; and we are simply saying, let
4    us go, give us what they have given to Congress and NHTSA --
5    very limited relief, very limited set of documents -- and
6    let's see what happens from there.

7             We are not saying we are going to file a motion for
8    preliminary injunction.  We are saying, let us look to see
9    whether we need to protect our clients further.  That's all we
10   ask from this Court.  We would never ask this Court ever to
11   put itself in a position where it interferes with NHTSA or the
12   JPML.

13            Thank you, Your Honor.

14            THE COURT:  Thank you.

15            All right.  Mr. Bernick, fine, and now we know
16   precisely what it is they're relying on, and so I would like
17   to hear from you, your response.

18            MR. BERNICK:  Thank you very much, Your Honor.

19            I just have a couple points to make really, and I
20   think the threshold matter is that, again, Mr. Prieto has been
21   very candid of the real purpose of this request, which is to
22   get the head start.  I think Your Honor said a running start
23   on the discovery process.

24            THE COURT:  It was his words first.  I don't want to
25   take authorship for his argument this early in the game one

Monday, December 8, 2014.

28

1    way or the other.

2                MR. BERNICK:  My apologies to Mr. Prieto.

3                THE COURT:  It sounds like a good way to describe

4    what he is asking for.

5                MR. BERNICK:  Yes, that's correct.

6                And that is -- that is a very candid statement, and

7    it is very consistent with the nature of the request.  The

8    request is not geared towards anything in particular.  It

9    simply says, give us what you are giving to the government.

10   And that might be a reasonable request as a first discovery

11   request in the MDL, but it is not something as to which there

12   is some compelling need at this point in time.  If that were

13   true, if that were an adequate rational to proceed with

14   expedited discovery before the MDL panel made its

15   determination, the same rational would exist in absolutely

16   every case where documents have been produced to the

17   government.

18               It would always be the desire to say and always the

19   rational to say, well, let's just get these so we can work on

20   something, and that -- that is very much inconsistent with the

21   rule that's announced by the JPML, which is that proceedings

22   in the case should await its decision.  It's not a deprivation

23   of the court's jurisdiction, the district court's

24   jurisdiction, it's prudential guidance that says the whole

25   purpose of coordination is to coordinate.

Monday, December 8, 2014.

29

1          Here, no matter what is the position of all of these

2   other plaintiffs all over the country, one thing is for sure,

3   which is as soon as this process starts here, they will all

4   have an extremely active interest in it, and we will have

5   coordination problems.

6          So the rational that says let's get the running

7   start is not a rational that is consistent with the MDL

8   process at all; otherwise, we would see people using it all of

9   the time.  It is the exceptional case where discovery proceeds

10  in advance of a decision by the panel.

11         It is also interesting that, again, Mr. Prieto

12  describes that there will be a period of time in the MDL while

13  lead counsel is chosen to liken the discovery process won't

14  start until later on.  That says very logically that that is

15  exactly the slot of time where if there is a request to now

16  get this collection of government documents and make them

17  available because they're already defined, that request,

18  again, could be made of the MDL judge, and the MDL judge can

19  determine what to do about it, and other counsel can determine

20  whether they agree.

21         The second point is that there is still a reference

22  that's been made to public safety.  And, again, there is no

23  denying that there is a public safety issue.  What is notable

24  here though is that there really isn't an articulation.  There

25  is no commitment to what specifically they're going to add to

Monday, December 8, 2014.

30

```
 1   the process, much less a metric for what discovery is required
 2   for that.  The idea that we are entitled to protect our
 3   clients is unassailable.  But again, that is not the kind of
 4   request, that is not the kind of petition that's been
 5   recognized in the cases or that would be appropriately
 6   recognized in the cases.  Everybody always wants to protect
 7   their clients and serve their clients' interests.  The
 8   question is whether from a judicial point of view there is
 9   something extraordinary that warrants taking that action in
10   advance of the JPML.
11           The only other things I would say is that it's true
12   that others may be relying upon the very able lawyers here.
13   But one thing is for sure, they are all in this process of
14   trying to play a role in this litigation, and not everybody
15   agrees that this litigation should be -- the lead lawyer
16   should be sitting here in this courtroom even though they may
17   well be right.  The panel will decide that.
18           There are lots of different lawyers all over the
19   country.  I tried to talk to all of the lead lawyers
20   personally when the lawsuits were filed because I know many of
21   them from other dealings.  There are many, many different
22   views out there about exactly who should be, from the lawyer's
23   point of view, running the case and how.
24           If Your Honor has any interest in hearing how it's
25   not so easy, it is certainly easy to make a copy of that disk.
```

Monday, December 8, 2014.

1  No question about it.  The question is:  What is involved in

2  working with those documents?

3          There are objections to the requests that have been

4  made by NHTSA.  There are confidential documents that are

5  going to be produced.  There is confidential information

6  that's already been produced to NHTSA.  We are going to have

7  to work out all of the specifics of what is actually relevant

8  to the claims here.  We are going to have to have protective

9  orders that will require the agreement not only of counsel who

10 are present here, but whoever is counsel in the MDL.  This is

11 a very, very difficult process.  And I'll say, on the human

12 side of it, there are people who working flat out to comply

13 with the request for NHTSA for documents.  This is an

14 unbelievably massive expedited undertaking under penalties,

15 and they can only obey one set of bosses.  We don't need

16 another set of folks who are saying lets negotiate as well.

17          That's all I have to say, Your Honor.

18          THE COURT:  Thank you.

19          Counsel?  Yes, Mr. Krigbaum.

20          UNIDENTIFIED SPEAKER:  No, Mr. Mattson.

21          MR. MALLOW:  Good afternoon, Your Honor.  My name is

22 Michael Mallow.  I represent American Honda Motor Company.

23          THE COURT:  I'm sorry, sir, about the name.  I was

24 looking at --

25          MR. MALLOW:  I have been called much worse.

Monday, December 8, 2014.

1           THE COURT:  I had you misplaced, Mr. Mallow.

2           MR. MALLOW:  Knowing Mr. Mattson, I have been called

3   much worse.

4           Your Honor, just some very, very brief points.

5           We have heard a lot about the notion of limited

6   discovery; and to be true, the plaintiffs have really made one

7   request which is just give us what you are giving to

8   governmental agencies and to NHTSA.

9           But that one request essentially is asking for

10  production of the entire universe of documents related to the

11  Takata airbag issue because one would need to look at the

12  requests that have been made by NHTSA to see how broad and how

13  deep those requests are.  So essentially, what the plaintiffs,

14  when they say we just want what you give the government, the

15  plaintiffs are saying to you, we want the defendants to

16  produce the entire universe of documents that relate to this

17  issue.

18          Importantly also, Your Honor had focused on who are

19  the defendants in this case; and at the risk of telling Your

20  Honor something you already know, there are many defendants

21  that are missing from this particular litigation.

22          THE COURT:  That's why I'm here, that's why I'm

23  listening to you.  I want to hear what I don't know.

24          MR. MALLOW:  There are many defendants who are not

25  in the Dunn litigation, who are not represented in this

Monday, December 8, 2014.

1  courtroom, who have not been sued in this particular case, who

2  can be very impacted by an expedited discovery.

3          THE COURT:  Factually, just give me an example.

4          MR. MALLOW:  For example, Subaru is a defendant in

5  cases.  Nissan is a defendant in cases.  Neither one of those,

6  to my recollection, are in this case.

7          THE COURT:  Different car companies.

8          MR. MALLOW:  Correct.  There are foreign

9  manufacturers who have not been served in this case yet.  So

10 there are other defendants outside of this courtroom who can

11 be impacted by the decisions made in this courtroom and

12 have -- in all fairness, have the right to await the MDL

13 process so everything is coordinated and put together.

14          So the last point I would make, Your Honor, we heard

15 a lot of discussion about the interest of plaintiff's clients,

16 and I have no doubt that the plaintiff's counsel are very

17 concerned about the interest of their clients, but I went back

18 and I looked at the plaintiff's complaint.  And there are 595

19 paragraphs over 122 pages, but there is not a single

20 allegation in that complaint that suggests that any of the

21 named plaintiffs have been deprived of anything.  There is no

22 allegation that a plaintiff requested a replacement inflater

23 and that request was denied.

24          There is no allegation that a plaintiff requested

25 alternative transportation because they were concerned about

Monday, December 8, 2014.

1  driving their vehicle and that request was denied.

2          There is no allegation that the plaintiffs are

3  out-of-pocket, other than a diminution of value of their

4  vehicle and/or potentially they have not received the benefit

5  of their bargain.  And those are economic injuries, and those

6  economic injuries have been recognized.  But the complaint, as

7  it is currently alleged, those requests -- those allegations

8  that the plaintiffs have been denied relief that they have

9  requested is not in the complaint.

10          THE COURT:  Thank you; thank you, Mr. Mallow.

11          Counsel, I'm sorry.  I could address you

12  individually, but I don't know you yet.

13          Who else would like to?

14          MR. MATTSON:  I'm Eric Mattson also on behalf of

15  American Honda.

16          THE COURT:  Mr. Mattson, please use the microphone

17  there.  Thank you.

18          MR. MATTSON:  Eric Mattson on behalf of American

19  Honda.  Mr. Mallow, I think, has spoken on behalf of the

20  automaker defendants.

21          THE COURT:  Go ahead.  Anybody else?  That was

22  replying to the same.

23          For good or bad, one way or the other, you

24  have encountered in this hearing this afternoon a judge that

25  is great supporter of and great believer in the principles of

Monday, December 8, 2014.

35

1  the original idea of a multidistrict litigation panel and has

2  observed it and been involved with it over the years, and I'm

3  a great supporter of what that -- the good that panel has done

4  and the process by which they operate that has made it

5  possible for persons to have a hearing and to bring their

6  controversy to court and get a very reasonable and expedited

7  decision on there.  So I'm a great supporter of what the court

8  does and, for that reason, a great believer in the whole

9  concept.  Chief Justice Berger was one of the major ones.

10          In any event, for a lot of reasons, in my own

11  experience with handling or being involved with MDL cases, I

12  think that what I've referred to as a traditional process of

13  going forward, and that may be my own perception alone of what

14  that process was or is a difference between you as to what

15  that really is and what the rule really means.  But I think

16  that the idea that they should make a considerate and

17  carefully reasonably -- they've got great judges on the court.

18  Judge Hodges, one of my dearest friends, just went off of

19  being chairman of that court for five, six, seven years.

20          In any event, I think that they should be able to go

21  forward and do -- consider this and make a determination and a

22  decision about which court is appropriate to handle this very

23  substantial and, obviously, very important litigation.

24          I think the motion -- the Defense motion -- let me

25  refer to it as Mr. Bernick's motion, if I may.  You know what

Monday, December 8, 2014.

36

1  I'm talking about.  I think that motion should be granted.  I

2  do hereby grant it for a stay, for a stay of -- until action

3  by the panel.

4          If, for any reason, for any reason something gets --

5  what I'm trying to say is that you all can always come back to

6  me in my case, and this case is here in the Southern District,

7  if there is something developing somewhere along the line, I

8  can't really think of anything except possibly some action by

9  Congress that might interfere with the normal processes of the

10  MDL panel and delay it for some reason.

11         So this may not be the final word on this, but for

12  the next -- for the ensuing months, whatever few months or

13  whatever it is, it is -- the motion is granted for a stay

14  and -- and I will -- oh, it is limited to what was requested

15  in this motion.  Counsel, you all understand.  So the stay is

16  a temporary stay.

17         The motion for expedited discovery is denied without

18  prejudice.  That's the best way to handle, denied without

19  prejudice to renew, if there should be some untoward delay

20  that we can't see at this point.

21         And if you would be so kind, Mr. Bernick, to draft

22  an order for my signature.  Of course, follow the usual

23  procedure.  Give it to everybody, submit it to me in a few

24  days or something, or whatever is convenient for you.

25         Where is your office, Mr. Bernick?  Are you locally

Monday, December 8, 2014.

37

1    or from out of town?

2            MR. BERNICK:  I'm in New York.  I still have a place

3    in Chicago.  I'm a Chicago boy, but I'm practicing now in New

4    York.  And Mr. Krigbaum at the Carlton Fields firm here, in

5    town, is -- I have worked with him for many years.

6            THE COURT:  That's fine.  It was more just interest

7    than anything else.

8            But you've got to fly back to New York and dictate

9    something or whatever, or you can probably handle it however

10   you want to, but if you can get that over to me in a day or

11   two, or send it through to me, I would appreciate it, and show

12   it, of course, to Counsel, but we will get an order out on

13   this in a day or two.

14           MR. BERNICK:  Thank you.

15           THE COURT:  Thank you, gentlemen, Counsel; ladies

16   and gentlemen, Counsel, whatever I should say the right way.

17   That's Miss Reese, can keep me on track.  I'm just an old

18   judge here, I slop around with that language sometimes, but I

19   never mean to.  I try to get it right.

20           All right.  Thank you very much.

21       (PROCEEDINGS ADJOURNED AT 2:56 P.M.)

22

23

24

25

Monday, December 8, 2014.

38

1                    **C-E-R-T-I-F-I-C-A-T-E**

2            I hereby certify that the foregoing is

3        an accurate transcription and proceedings in the

4        above-entitled matter.

5

     *12/11/2014*                    */s/DIANE MILLER*
6    DATE                        DIANE MILLER, RMR, CRR
                                 Official United States Court Reporter
7                                Wilkie D. Ferguson Jr. U.S. Courthouse
                                 400 North Miami Avenue, Suite 11-2
8                                Miami, FL  33128
                                 305-523-5152   (fax) 305-523-5159
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Dunn, et al. vs. Takata Corp., et al.                    39

**$**

$2,274,000,000 [1]  18/22

**/**

/s/DIANE [1]  38/5

**1**

10 [1]  23/9
100 [1]  3/9
10005 [2]  1/21 1/23
10100 [1]  2/20
11 [1]  11/1
11-2 [1]  38/7
12 [1]  11/1
12/11/2014 [1]  38/5
1200 [1]  3/13
1212 [1]  3/20
122 [1]  33/19
1300 [1]  3/3
14 [3]  11/1 11/2 19/6
14-24009-CIV-JLK [1]  1/2
140 [2]  1/20 1/23
1400 [1]  3/6
15 [1]  23/9
150 [1]  2/18
15910 [1]  2/3
1600 [1]  2/3
18 [1]  19/7
19104 [1]  2/15
1972 [1]  11/14

**2**

2,000 [1]  19/9
20,000 [1]  19/9
200 [1]  2/9
200,000 [1]  19/9
20005 [1]  3/4
2014 [2]  1/5 38/5
21209 [1]  3/17
2200 [2]  2/21 3/10
221 [1]  3/13
275 [1]  2/6
2929 [1]  2/15
29th [5]  2/6 20/15 20/17 21/3 21/4
2:56 [1]  37/21

**3**

30 [1]  4/12
300 [2]  3/3 22/24
305 [1]  3/24
305-523-5152 [1]  38/8
305-523-5159 [1]  38/8
31 [2]  22/23 23/9
33128 [2]  3/23 38/8
33130 [1]  1/18
33134 [1]  2/13
33156 [1]  3/7
33316 [1]  3/20
33402 [1]  2/18
33602 [1]  3/10

**4**

40 [1]  4/12
400 [2]  3/23 38/7
450,000 [1]  18/10
48 [1]  1/7

**5**

5152 [1]  38/8
5159 [1]  38/8
523-5251 [1]  3/24
5251 [1]  3/24
57 [1]  8/8
595 [1]  33/18

**6**

60 [1]  13/23
6048 [1]  2/9
60601 [1]  2/10
60603 [1]  2/24
6225 [1]  3/17

**8**

800 [2]  1/17 2/12

**9**

90012 [1]  3/14
90067 [1]  2/21
91436 [1]  2/4
9150 [1]  3/7
94111 [1]  2/7

**A**

A100 [1]  3/16
able [2]  30/12 35/20
ably [1]  10/3
about [32]  6/24 7/20 7/20 8/18 9/7 9/8 9/14
 10/18 11/20 12/16 13/12 14/5 14/14 14/24
 19/1 20/1 20/23 21/1 21/25 22/19 22/23
 23/4 29/19 30/22 31/1 31/23 32/5 33/15
 33/17 33/25 35/22 36/1
above [1]  38/4
above-entitled [1]  38/4
absolutely [3]  24/10 26/23 28/15
abuse [1]  9/21
according [3]  23/16 25/16 25/19
accurate [1]  38/3
acknowledging [1]  7/25
action [10]  7/21 11/5 15/17 16/17 18/19
 22/9 24/4 30/9 36/2 36/8
actions [4]  8/2 8/7 18/25 20/20
active [1]  29/4
actively [1]  6/17
acts [2]  15/22 25/7
actually [9]  7/16 19/15 20/2 20/6 20/11
 20/13 20/25 21/2 31/7
add [2]  13/24 29/25
address [2]  23/25 34/11
addressing [1]  6/3
adequate [2]  28/13
ADJOURNED [1]  37/21
admissible [1]  24/20
advance [5]  14/2 14/4 14/24 29/10 30/10
affect [2]  16/16 16/24
after [3]  21/7 21/8 25/18
afternoon [7]  4/3 4/10 5/18 6/14 15/12
 31/21 34/24
again [8]  26/5 26/7 27/1 27/20 29/11 29/18
 29/22 30/3
against [5]  9/19 13/6 16/7 26/14 26/22
agencies [1]  32/8
agency [2]  7/3 23/17
ago [2]  5/1 7/25
agree [4]  7/13 13/14 26/16 29/20

agreed [5]  14/3 15/21 16/9 26/12 26/23
agreeing [1]  16/2
agreement [7]  6/19 6/22 7/19 8/20 8/21
 10/9 31/9
agreements [1]  26/1
agrees [1]  30/15
ahead [2]  23/18 34/21
aid [1]  9/18
airbag [1]  32/11
airbags [4]  18/7 18/9 23/3 25/17
AL [1]  1/3 1/6
ALEX [1]  1/19
Alhambra [1]  2/12
all [51]
allegation [4]  33/20 33/22 33/24 34/2
allegations [1]  34/7
alleged [1]  34/7
alluded [1]  12/5
alone [1]  35/13
along [1]  36/7
already [10]  9/17 17/19 17/25 18/4 20/1
 20/12 23/16 29/17 31/6 32/20
also [3]  29/11 32/18 34/14
alternative [1]  33/25
although [1]  10/20
always [6]  11/11 13/10 28/18 28/18 30/6
 36/5
amended [2]  16/1 21/25
AMERICA [2]  2/12 3/3
AMERICAN [7]  2/20 2/23 3/5 3/12 31/22
 34/15 34/18
and/or [1]  34/4
Angeles [2]  2/21 3/14
announce [4]  4/22 5/23 6/8 6/9
announced [1]  28/21
announcements [1]  9/3
another [6]  4/25 20/10 21/6 21/23 25/20
 31/16
answer [1]  22/14
answers [1]  22/3
anticipating [1]  11/23
anticipation [1]  6/25
any [16]  5/10 5/11 8/18 11/7 14/2 14/4
 15/17 16/17 17/1 24/13 30/24 33/20 35/10
 35/20 36/4 36/4
anybody [4]  15/2 15/4 27/3 34/21
anyone [1]  24/18
anything [6]  15/4 15/17 28/8 33/21 36/8
 37/7
apologies [1]  28/2
appearances [5]  1/14 2/1 3/1 4/22 5/23
applicable [1]  16/15
appoint [1]  20/22
appreciate [1]  37/11
approach [1]  5/15
appropriate [3]  17/22 26/3 35/22
appropriately [1]  30/5
approve [1]  22/2
Approximately [1]  23/4
April [1]  20/24
arbitrary [1]  11/25
Arch [1]  2/15
are [111]
areas [1]  6/18
argue [1]  5/6
argument [8]  11/9 11/23 12/25 13/25 16/13
 22/8 26/10 27/25

Dunn, et al. vs. Takata Corp., et al.                    40

## A

around [7]  4/23 16/7 16/8 19/10 19/19
 21/18 37/18
articulation [1]  29/24
as [29]  4/21 4/23 6/4 6/4 6/9 7/3 8/4 10/24
 15/21 16/14 16/23 16/23 19/16 20/9 20/14
 21/20 22/2 22/2 23/23 26/18 28/10 28/11
 29/3 29/3 31/16 34/6 35/12 35/14 35/25
ASCIOLLA [1]  1/19
ask [4]  19/24 22/22 27/10 27/10
asked [6]  7/12 15/14 19/15 20/7 24/2 24/6
asking [9]  17/14 17/15 17/18 20/6 25/5 26/8
 27/1 28/4 32/9
asks [1]  8/19
assigned [1]  21/18
assuring [1]  7/4
attempting [1]  18/9
AUSTIN [1]  2/23
authorship [1]  27/25
automaker [1]  34/20
automakers [4]  6/3 15/7 16/7 26/22
automobiles [1]  7/22
available [1]  29/17
Avenue [4]  3/17 3/20 3/23 38/7
await [3]  11/4 28/22 33/12
aware [1]  8/4
away [1]  19/4

## B

back [6]  5/8 20/23 23/12 33/17 36/5 37/8
bad [2]  18/23 34/23
bags [1]  18/14
balance [1]  33/17
Baltimore [1]  3/17
bank [5]  11/13 18/20 22/23 22/24 23/10
banks [3]  22/24 22/24 23/9
bargain [1]  34/5
BARON [1]  2/2
based [3]  14/19 24/25 26/1
basically [3]  4/9 9/20 16/21
basis [1]  19/8
Battery [1]  2/6
be [68]
Beach [1]  2/18
became [1]  21/17
because [22]  7/12 7/22 10/3 10/14 12/3
 13/15 15/23 15/23 16/3 20/3 20/14 21/17
 22/6 23/15 24/10 25/11 26/19 26/21 29/17
 30/20 32/11 33/25
become [1]  8/2
been [33]  5/11 7/6 7/9 8/23 8/24 9/1 9/2 9/3
 9/24 13/1 14/15 14/17 15/13 17/25 18/4
 18/6 18/7 19/22 27/20 28/16 29/22 30/4
 31/3 31/6 31/25 32/2 32/12 33/1 33/9 33/21
 34/6 34/8 35/2
before [14]  1/11 11/25 13/1 15/3 16/15 18/1
 20/24 21/1 21/6 22/5 22/16 23/19 25/7
 28/14
behalf [7]  5/24 7/4 7/21 15/6 34/14 34/18
 34/19
being [5]  4/21 7/11 9/16 35/11 35/19
believe [9]  6/3 6/19 7/14 7/19 10/5 14/1
 17/21 18/16 20/16
believe we [1]  14/1
believer [2]  34/25 35/8
believes [1]  9/16

belts [1]  14/10
benefit [3]  20/6 20/13 34/4
Berger [1]  35/9
BERNICK [11]  2/8 5/19 6/9 16/12 19/1
 22/23 24/16 24/25 27/15 36/21 36/25
Bernick's [1]  35/25
BERNSTEIN [1]  2/6
best [2]  5/6 36/18
better [4]  14/9 19/12 24/18 24/19
between [4]  7/7 10/17 23/6 35/14
beyond [1]  26/8
BISGAARD [1]  3/12
bit [1]  12/15
BLACKWELL [1]  2/11
Blvd [1]  2/20
BMW [1]  3/12
bosses [1]  31/15
Boulevard [2]  2/3 3/7
Box [1]  2/18
boy [1]  37/3
brand [1]  11/15
brief [2]  9/8 32/4
briefing [1]  22/8
briefs [2]  8/5 23/17
bring [1]  35/5
brings [1]  7/18
BRISBOIS [1]  3/12
broad [1]  32/12
Broadway [2]  1/20 1/23
buckle [1]  14/9
BUDD [1]  2/2
Building [1]  3/16
bunch [1]  12/8
burdensome [1]  17/20
burning [1]  25/23
BURT [1]  2/17
but in [1]  22/23

## C

C-E-R-T-I-F-I-C-A-T-E [1]  38/1
CA [4]  2/4 2/7 2/21 3/14
CABRASER [2]  2/5 2/5
California [1]  8/12 21/11
called [2]  31/25 32/2
came [2]  23/10 25/3
can [26]  5/5 5/5 5/5 13/2 13/7 14/18 15/22
 18/25 18/25 19/10 20/2 20/4 22/8 23/13
 24/13 25/6 28/19 29/18 29/19 31/15 33/2
 33/10 36/5 37/9 37/10 37/17
can't [2]  36/8 36/20
candid [3]  7/25 27/21 28/6
cannot [1]  24/5
car [2]  23/3 33/7
careful [1]  15/13
carefully [1]  35/17
CARLTON [2]  2/17 37/4
Carolina [1]  8/13
case [60]
cases [14]  6/15 8/1 8/1 8/5 8/8 18/17 18/20
 19/7 21/5 30/5 30/6 33/5 33/5 35/11
cause [1]  18/12
caused [1]  18/14
causes [1]  18/12
Centre [1]  3/6
certain [2]  8/5 16/10
certainly [3]  8/15 12/13 30/25
certify [1]  38/2

chairman [2]  14/16 35/19
change [1]  13/9
Chicago [4]  2/10 2/24 37/3 37/3
Chief [1]  35/9
chock [1]  9/6
chosen [1]  29/13
cite [1]  17/23
CIV [1]  1/2
claim [1]  7/21
claims [1]  31/8
class [6]  7/21 8/2 8/7 18/25 22/9 24/4
client [2]  5/24 7/1
clients [12]  15/16 15/16 24/3 24/5 24/12
 24/13 25/6 27/9 30/3 30/7 33/15 33/17
clients' [1]  30/7
close [1]  14/15
CO [4]  2/20 2/23 3/5 3/15
coincidentally [1]  20/16
COLE [1]  3/5
COLIN [1]  3/8
colleagues [1]  12/25
collection [1]  29/16
combined [1]  4/4
come [9]  12/25 13/2 13/3 14/18 14/23 20/20
 21/9 24/24 36/5
comes [2]  14/11 22/5
coming [1]  13/1
comments [1]  15/8
commitment [1]  29/25
common [2]  8/2 22/9
commonality [1]  22/10
communication [1]  7/7
companies [2]  7/8 33/7
COMPANY [2]  3/9 31/22
compelling [1]  28/12
complaint [14]  8/19 9/5 15/23 16/1 16/3
 16/4 21/25 22/1 22/14 24/6 33/18 33/20
 34/6 34/9
complete [1]  16/6
completely [1]  17/24
complex [1]  16/21
compliment [1]  11/19
comply [1]  31/12
computer [1]  17/17
concept [1]  35/9
concern [3]  7/10 10/1 10/21
concerned [3]  10/13 33/17 33/25
concerning [2]  7/8 9/4
concerns [1]  6/22
concluded [1]  18/20
conducting [1]  25/17
confidential [2]  31/4 31/5
Congress [10]  17/16 17/20 20/2 23/17
 24/22 24/23 25/12 25/21 27/4 36/9
congressional [2]  9/2 24/22
conjunction [1]  26/7
consider [1]  35/21
considerate [1]  35/16
consideration [4]  4/6 5/13 12/9 22/7
consistency [1]  10/17
consistent [2]  28/7 29/7
consolidated [6]  15/25 16/4 19/5 19/8 19/12
 21/25
cont'd [2]  2/1 3/1
contention [1]  10/17
control [1]  18/18

**C**

controversy [4]  9/1 9/4 9/11 35/6
convenient [1]  36/24
cooperate [1]  17/5
coordinate [1]  28/25
coordinated [1]  33/13
coordination [2]  28/25 29/5
copy [7]  17/15 17/18 17/19 20/12 25/23
 25/23 30/25
core [3]  25/5 25/10 25/12
CORPORATION [2]  1/6 2/5
correct [2]  28/5 33/8
correctly [1]  10/18
could [5]  8/13 18/19 23/15 29/18 34/11
couldn't [1]  23/11
counsel [15]  16/19 19/23 19/23 26/2 29/13
 29/19 31/9 31/10 31/19 33/16 34/11 36/15
 37/12 37/15 37/16
count [1]  8/8
country [12]  8/9 8/16 16/7 16/8 19/10 19/19
 25/11 26/14 26/16 26/22 29/2 30/19
couple [2]  25/16 27/19
course [2]  36/22 37/12
court [42]
court's [4]  13/19 15/8 28/23 28/23
Courthouse [1]  38/7
courtroom [7]  4/11 24/18 26/25 30/16 33/1
 33/10 33/11
courts [5]  16/19 17/9 17/11 21/21 21/22
coverage [1]  9/25
created [4]  6/23 18/1 18/7 20/5
CRR [2]  3/22 38/6
current [3]  8/8 9/8 16/1
currently [3]  23/7 23/8 34/7
cut [3]  11/25 13/12 18/10

**D**

Dadeland [2]  3/6 3/7
damage [2]  18/12 18/12
dare [1]  12/14
data [1]  9/16
date [4]  9/15 19/2 19/3 38/6
DAVID [2]  2/8 5/19
day [2]  37/10 37/13
days [3]  13/23 26/17 36/24
DC [1]  3/4
deal [4]  7/17 8/1 10/14 10/21
dealing [3]  18/15 18/17 19/6
dealings [1]  30/21
deals [1]  23/3
Dearborn [1]  2/23
dearest [1]  35/18
DECEMBER [1]  1/5
DECHERT [1]  2/14
decide [3]  12/17 13/23 30/17
decision [4]  28/22 29/10 35/7 35/22
decisions [1]  33/11
deems [1]  26/3
deep [1]  32/13
defect [3]  25/13 25/14 25/15
defective [1]  18/11
defendant [15]  2/8 2/11 2/14 2/16 2/19 2/22
 3/2 3/5 3/8 3/11 3/15 3/18 18/5 33/4 33/5
defendants [19]  1/7 5/12 5/17 9/13 15/15
 15/22 16/10 17/5 21/1 23/4 23/5 23/7 24/23
 32/15 32/19 32/24 33/10 34/20

Defendants' [1]  5/4
Defense [1]  35/24
defer [1]  16/2
defined [1]  29/17
delay [2]  36/10 36/19
demanding [1]  20/25
denied [5]  33/23 34/1 34/8 36/17 36/18
denominators [1]  22/10
denying [1]  29/23
depending [1]  17/9
deprivation [1]  28/22
deprived [1]  33/21
describe [1]  28/3
describes [1]  29/12
designation [1]  21/10
desire [1]  28/18
destroyed [1]  25/20
details [1]  6/5
determination [2]  28/15 35/21
determine [3]  25/13 29/19 29/19
determining [1]  12/23
Detroit [1]  8/12
devaluation [1]  23/24
developing [1]  36/7
developments [1]  9/8
DEWEY [1]  3/15
diane [4]  3/22 3/24 38/5 38/6
dictate [1]  37/8
did [7]  4/13 4/14 4/15 4/18 25/15 25/18
 26/15
differ [1]  8/5
difference [1]  35/14
different [7]  4/8 17/24 22/25 23/9 30/18
 30/21 33/7
difficult [1]  31/11
diminished [1]  7/22
diminution [9]  7/20 8/2 8/7 8/17 8/22 10/19
 24/1 24/4 34/3
disagreement [2]  6/20 10/18
disclose [1]  25/15
discount [1]  13/16
discourage [1]  15/4
discovery [31]  4/5 5/5 9/17 9/22 14/4 14/6
 16/25 17/14 18/17 19/15 19/17 19/25 20/3
 20/4 20/5 20/11 20/24 20/25 22/5 22/12
 22/20 26/18 27/23 28/10 28/14 29/9 29/13
 30/1 32/6 32/17 36/17
discussion [1]  33/15
disk [1]  30/25
disks [2]  17/18 19/9
district [17]  1/1 1/1 1/11 8/10 8/11 11/2
 16/17 16/19 16/22 16/23 17/10 17/11 19/6
 20/9 21/11 28/23 36/6
divided [1]  17/9
division [2]  1/2 21/11
DLA [2]  3/9 3/15
do [27]  4/13 5/10 5/11 5/22 6/1 10/7 11/7
 11/10 11/11 12/12 12/18 14/3 14/9 16/23
 17/17 19/11 21/12 21/19 22/18 23/5 23/20
 23/20 25/6 25/7 29/19 35/21 36/2
documents [10]  24/9 24/12 27/5 28/16
 29/16 31/2 31/4 31/13 32/10 32/16
Doe [1]  9/20
does [6]  10/11 16/16 16/18 24/4 26/18 35/8
doesn't [1]  16/11
doing [2]  5/24 15/17
don't [30]  4/11 4/13 5/20 6/5 8/17 9/21 10/5

11/9 11/24 12/14 13/4 13/11 13/12 14/1
 14/3 14/5 14/12 14/18 14/21 15/4 16/22
 17/4 21/9 21/12 22/16 26/5 27/24 31/15
 32/23 34/12
DONALD [1]  2/11
done [7]  4/25 6/10 7/9 17/8 17/8 19/12 35/3
doubt [1]  33/16
down [6]  9/20 14/21 16/4 21/8 21/17 23/12
draft [1]  36/21
Drive [1]  2/9
driving [1]  34/1
drug [2]  18/2 18/3
DUNN [5]  1/3 1/15 2/2 18/15 32/25
during [1]  25/17
DYKEMA [1]  3/2

**E**

each [2]  22/24 23/10
early [2]  7/1 27/25
easy [2]  30/25 30/25
economic [2]  34/5 34/6
educate [1]  23/1
effort [2]  14/2 14/4
eight [4]  21/17 23/7 23/8 23/13
either [3]  15/18 16/25 23/17
ELIZABETH [1]  2/5
ELLIS [1]  2/8
else [6]  15/2 25/6 27/3 34/13 34/21 37/7
emergency [1]  10/15
employees [2]  25/16 25/19
Encino [1]  2/4
encountered [1]  34/24
end [1]  13/22
ENGINEERING [2]  2/11 3/2
enjoying [1]  11/18
ensuing [1]  36/12
entertaining [1]  11/18
entire [2]  32/10 32/16
entities [1]  5/20
entitled [2]  30/2 38/4
equitable [1]  8/19
ERIC [4]  2/22 3/11 34/14 34/18
ESQ [20]  1/15 1/15 1/16 1/19 1/19 1/22 2/2
 2/5 2/8 2/11 2/14 2/16 2/19 2/22 3/2 3/5 3/8
 3/11 3/15 3/18
essentially [2]  32/9 32/13
ET [2]  1/3 1/6
even [4]  10/9 12/14 22/16 30/16
event [2]  35/10 35/20
events [1]  6/23
ever [1]  27/10
every [4]  9/8 13/16 25/11 28/16
everybody [7]  4/20 4/24 6/8 10/4 30/6
 30/14 36/23
everything [2]  17/4 33/13
evidence [6]  24/17 24/20 24/25 25/2 25/4
 25/9
exactly [6]  6/5 9/15 22/13 22/14 29/15
 30/22
example [3]  17/12 33/3 33/4
excellent [1]  10/4
except [3]  8/14 21/4 36/8
exceptional [1]  29/9
exist [1]  28/15
existing [1]  25/4
expedited [9]  4/5 5/5 14/5 26/18 28/14
 31/14 33/2 35/6 36/17

Dunn, et al. vs. Takata Corp., et al.                                    42

**E**

expeditious [1]  5/3
experience [6]  11/5 12/18 14/19 20/9 21/21
 35/11
extraordinary [1]  30/9
extreme [1]  9/23
extremely [3]  9/11 10/3 29/4

**F**

fact [7]  6/22 10/18 15/21 19/18 24/3 26/1
 26/22
Factually [1]  33/3
fairness [1]  33/12
Fallon [1]  18/1
falls [1]  8/3
familiar [1]  11/14
far [3]  8/14 11/24 22/2
fashioned [1]  15/19
fast [1]  14/11
faster [1]  26/20
fax [1]  38/8
February [2]  13/23 20/19
federal [2]  11/15 16/17
Ferguson [1]  38/7
few [4]  7/24 18/17 36/12 36/23
FIELDS [2]  2/17 37/4
Figueroa [1]  3/13
figure [1]  21/19
file [5]  15/24 15/25 24/10 25/8 27/7
filed [12]  4/5 4/8 5/11 9/9 9/19 16/6 16/8
 24/16 26/13 26/17 26/21 30/20
filing [1]  26/17
filings [1]  12/7
final [1]  36/11
fine [3]  22/1 27/15 37/6
firm [2]  6/9 37/4
firms [1]  10/5
first [15]  4/14 5/11 5/13 11/12 11/14 16/6
 16/8 20/19 20/21 22/3 26/13 26/16 26/21
 27/24 28/10
five [5]  8/24 11/6 13/2 21/6 35/19
FL [7]  1/18 2/18 3/7 3/10 3/20 3/23 38/8
Flagler [1]  1/17
flat [1]  31/12
FLICK [1]  2/11
Floor [1]  2/6
FLORIDA [10]  1/1 1/4 2/13 8/11 8/11 11/2
 19/6 19/21 20/9 21/11
flsd.uscourts.gov [1]  3/24
fly [1]  37/8
focused [1]  32/18
folks [1]  31/16
follow [2]  11/20 36/22
follows [3]  16/14 19/16 20/15
FORD [2]  3/9 3/15
foregoing [1]  38/2
foreign [1]  33/8
forgot [1]  16/13
formed [1]  21/7
former [2]  25/16 25/19
Fort [1]  3/20
forth [2]  20/23 21/9
forthcoming [1]  11/6
forward [6]  11/23 17/12 18/18 21/2 35/13
 35/21
four [6]  6/21 11/6 11/13 18/21 18/23 21/6

four-and-a-half [2]  18/21 18/23
framing [1]  13/25
Francisco [1]  2/7
FREIWALD [2]  2/14
friends [2]  14/16 35/18
full [1]  9/6
function [2]  18/25 19/1
furnished [1]  23/16
further [5]  7/5 9/10 13/7 24/13 27/9
future [2]  20/6 24/5

**G**

game [1]  27/25
gave [1]  13/17
geared [1]  28/8
general [6]  14/1 14/4 14/14 16/9 16/11
 17/21
gentlemen [2]  37/15 37/16
get [21]  5/7 6/7 9/14 10/23 14/10 17/2 18/19
 19/25 22/2 22/3 22/4 22/12 23/4 27/22
 28/19 29/6 29/16 35/6 37/10 37/12 37/19
gets [3]  9/19 20/20 36/4
getting [2]  19/4 23/18
give [13]  14/22 17/17 19/21 23/15 25/5 25/8
 25/23 27/4 28/9 32/7 32/14 33/3 36/23
given [1]  27/4
giving [2]  28/9 32/7
glad [1]  6/13
go [11]  6/19 8/13 11/23 11/25 12/22 17/12
 18/18 22/19 27/4 34/21 35/20
goes [1]  25/12
going [40]
good [12]  5/18 6/14 11/18 13/4 15/11 16/3
 18/21 18/24 28/3 31/21 34/23 35/3
GOSSETT [1]  3/2
got [9]  4/12 13/6 19/8 22/19 22/22 24/21
 25/1 35/17 37/8
government [5]  7/4 28/9 28/17 29/16 32/14
governmental [1]  32/8
governs [1]  23/18
grant [1]  36/2
granted [3]  17/23 36/1 36/13
granting [1]  19/14
gravamen [1]  8/6
GRAVANTE [1]  1/15
great [7]  23/10 34/25 34/25 35/3 35/7 35/8
 35/17
GREGORY [1]  1/19
ground [1]  16/8
group [4]  6/5 21/7 25/10 26/11
growingly [1]  7/7
guess [1]  14/19
guessing [1]  4/12
guidance [3]  13/17 13/17 28/24
guy [1]  12/16
guys [2]  12/14 23/11

**H**

had [9]  11/13 11/16 17/25 18/4 22/23 22/24
 23/9 32/1 32/18
half [2]  18/21 18/23
halt [4]  16/5 16/22 17/4 26/6
handle [4]  5/3 35/22 36/18 37/9
handling [2]  11/12 35/11
happen [5]  20/14 20/18 20/21 22/1 23/11
happening [1]  21/4
happens [3]  21/8 26/25 27/6

happy [1]  5/22
harm [2]  19/4 19/4
has [20]  4/23 6/9 7/3 7/6 7/11 8/23 8/24 9/1
 9/24 11/5 12/18 18/6 20/22 22/2 27/20
 30/24 34/19 35/1 35/3 35/4
have [101]
have encountered [1]  34/24
haven't [1]  11/24
having [5]  4/22 10/10 14/15 14/17 19/9
hazard [1]  14/19
he [3]  13/10 16/13 28/4
he's [1]  13/5
head [1]  27/22
headed [1]  14/11
hear [8]  5/5 6/13 13/22 14/25 15/3 21/5
 27/17 32/23
heard [4]  11/16 16/20 32/5 33/14
hearing [13]  1/10 4/4 4/10 4/21 7/24 11/18
 12/1 20/15 21/9 26/19 30/24 34/24 35/5
hearings [2]  9/2 13/4
HEIMANN [1]  2/5
helpful [1]  11/17
here [40]
hereby [2]  36/2 38/2
HIGHLAND [2]  2/15 2/17
highly [1]  9/3
Highway [1]  7/2
highways [1]  7/4
him [3]  13/9 19/2 37/5
his [4]  12/25 16/12 27/24 27/25
historically [1]  9/7
Hodges [1]  35/18
HOLDINGS [3]  2/8 2/14 2/17
holdup [3]  22/6 22/11 22/15
HONDA [6]  2/20 2/23 3/5 31/22 34/15
 34/19
Honor [45]
HONORABLE [1]  1/11
hope [2]  2/14 22/17
hopeful [1]  6/18
hopefully [1]  18/20
HOSLEY [1]  2/11
hours [1]  25/18
how [8]  11/24 14/14 23/4 23/4 30/23 30/24
 32/12 32/12
however [1]  37/9
human [1]  31/11

**I**

I'll [6]  6/13 7/9 12/24 13/8 22/22 31/11
I'm [31]  4/12 5/22 11/3 11/12 11/14 11/16
 11/18 12/2 12/4 12/4 12/15 12/17 13/2 15/7
 18/15 22/17 23/13 26/8 31/23 32/22 32/22
 34/11 34/14 35/2 35/7 36/1 36/5 37/2 37/3
 37/3 37/17
I've [2]  22/22 35/12
idea [4]  14/18 30/2 35/1 35/16
II [1]  3/6
III [1]  1/15
IL [1]  2/24
Illinois [1]  2/10
impact [5]  16/24 16/25 17/11 27/2 27/2
impacted [2]  33/2 33/11
important [2]  15/5 35/23
importantly [2]  18/2 32/18
INC [10]  2/8 2/12 2/14 2/15 2/17 2/17 2/20
 2/23 3/3 3/5

12/8/14

Dunn, et al. vs. Takata Corp., et al.                    43

**I**

including [2]  17/1 27/3
inconsistent [1]  28/20
indeed [4]  6/25 8/4 10/2 13/21
indicate [1]  24/12
indicated [1]  4/23
individually [2]  6/4 34/12
INDUSTRIES [2]  2/15 2/17
inflater [2]  7/23 33/22
information [7]  8/25 9/6 9/7 9/7 9/8 9/10
 9/11 10/10 13/19 23/16 24/17 31/5
informed [1]  9/12
initial [1]  9/18
injunction [10]  8/23 10/2 10/6 10/10 24/10
 24/16 24/19 24/25 25/2 27/8
injunctive [3]  24/2 24/6 24/11
injuries [3]  18/14 34/5 34/6
injury [3]  10/20 24/2 24/5
innovative [2]  12/25 13/3
inquire [1]  10/24
instances [1]  18/13
instead [1]  19/8
intensive [1]  7/7
interest [7]  9/25 15/16 29/4 30/24 33/15
 33/17 37/6
interested [1]  12/24
interesting [3]  13/3 13/4 29/11
interests [1]  30/7
interfere [2]  15/18 36/9
interferes [1]  27/11
Internet [1]  9/20
introduce [1]  5/21
involved [6]  6/17 11/3 14/17 31/1 35/2
 35/11
involves [1]  4/6
is [208]
isn't [2]  13/12 29/24
issue [21]  4/6 6/24 6/25 7/8 7/12 7/16 7/17
 7/22 8/18 9/14 9/14 9/25 20/17 23/22 23/23
 24/1 24/9 24/15 29/23 32/11 32/17
issues [3]  10/12 16/10 22/14
it [102]
it's [23]  5/14 10/2 11/17 12/4 12/7 12/8 13/4
 17/3 17/8 17/10 20/7 20/10 20/10 21/5
 21/15 21/18 25/21 27/2 27/2 28/22 28/24
 30/11 30/24
its [3]  10/8 28/14 28/22
itself [2]  9/5 27/11

**J**

JAMES [1]  1/11
January [8]  7/1 7/5 13/22 19/3 20/15 20/17
 21/3 21/4
JLK [1]  1/2
JOEL [1]  3/15
JOHN [2]  1/15 9/20
joining [1]  5/25
joint [1]  4/3
joking [1]  12/15
JORDEN [1]  2/17
Joyce [2]  4/13 4/23
JPML [17]  15/18 15/22 16/11 16/14 16/14
 16/19 16/24 17/1 17/11 20/16 21/4 25/7
 26/7 27/2 27/12 28/21 30/10
JR [2]  3/5 38/7
judge [17]  1/11 6/5 11/9 11/10 11/15 11/22
13/8 13/11 17/4 18/1 19/20 20/16 29/18
29/18 34/24 35/18 37/18
judges [5]  11/25 19/10 20/8 26/20 35/17
judicial [3]  4/7 12/9 30/8
Julian [1]  17/24
June [1]  20/24
jurisdiction [2]  12/19 16/18 28/23 28/24
just [19]  4/12 4/21 5/21 6/10 9/22 14/21
 17/21 21/3 22/18 25/8 27/19 28/19 32/4
 32/7 32/14 33/3 35/18 37/6 37/17
Justice [1]  35/9

**K**

keep [4]  13/7 15/8 19/17 37/17
keeps [1]  13/8
kind [3]  30/3 30/4 36/21
kindly [2]  4/23 6/11
kinds [3]  8/1 9/6 16/20
KING [2]  1/11 19/20
KIRKLAND [1]  2/8
KISSANE [1]  3/5
KIZIRIAN [1]  3/11
knees [1]  11/25
knew [2]  9/13 25/14
know [31]  4/11 4/13 4/20 5/20 6/1 6/2 6/5
 7/3 9/13 9/14 9/21 11/24 12/14 13/5 13/15
 13/25 14/10 14/12 14/18 16/3 22/4 22/13
 22/14 25/13 25/18 27/15 30/20 32/20 32/23
 34/12 35/25
Knowing [1]  32/2
knowledge [1]  14/19
known [1]  25/4
knows [4]  10/4 21/20 23/23 24/18
Koehler [1]  18/16
KRIGBAUM [3]  2/16 31/19 37/4

**L**

LABATON [2]  1/20 1/22
ladies [1]  37/15
language [3]  8/19 10/20 37/18
last [2]  13/2 33/14
later [2]  10/21 29/14
Lauderdale [1]  3/20
law [2]  3/19 10/5
LAWRENCE [2]  1/11 1/22
lawsuit [1]  9/19
lawsuits [1]  30/20
lawyer [1]  30/15
lawyer's [1]  30/22
lawyers [12]  4/12 6/15 6/16 10/4 19/10
 23/10 23/10 25/25 26/12 30/12 30/18 30/19
lead [3]  29/13 30/15 30/19
leadership [3]  20/22 20/22 21/7
least [3]  6/18 19/6 24/11
less [1]  30/1
let [7]  14/21 22/18 23/11 23/25 27/3 27/8
 35/24
let's [6]  11/10 14/22 26/6 27/6 28/19 29/6
lets [1]  31/16
level [1]  18/10
LEWIS [1]  3/12
liberal [1]  14/22
LIEFF [1]  2/5
light [2]  9/25 17/6
like [10]  4/20 5/20 9/16 12/8 15/2 18/20
 24/14 27/16 28/3 34/13
liken [1]  29/13
limit [1]  16/18
limited [15]  15/20 16/24 16/25 17/14 19/15
 19/17 19/25 20/11 25/5 25/22 27/1 27/5
 27/5 32/5 36/14
line [2]  7/7 36/7
list [3]  4/23 5/22 6/8
listening [1]  32/23
litigation [11]  4/7 6/22 12/11 16/21 18/4
 30/14 30/15 32/21 32/25 35/1 35/23
little [1]  12/15
LLP [1]  1/20 1/22 2/11 2/14 2/20 2/23 3/9
 3/12 3/15
locally [1]  36/25
LOEB [2]  2/20 2/20
logically [1]  29/14
long [2]  16/23 20/13
long-term [1]  20/13
look [5]  9/4 15/22 25/9 27/8 32/11
looked [1]  33/18
looking [5]  4/11 10/16 11/8 26/25 31/24
looks [2]  12/3 14/15
Los [2]  2/21 3/14
loss [1]  8/7
lot [6]  21/21 21/22 23/9 32/5 33/15 35/10
lots [1]  30/18
loud [2]  11/18 16/12
Louisiana [1]  18/2
loved [1]  14/24

**M**

made [14]  7/5 8/24 11/24 12/8 16/12 17/10
 28/14 29/18 29/22 31/4 32/6 32/12 33/11
 35/4
mail [1]  19/9
major [2]  22/23 35/9
make [12]  10/11 13/15 17/5 19/25 24/14
 26/10 27/19 29/16 30/25 33/14 35/16 35/21
makes [1]  15/23
MALLOW [6]  2/19 31/22 31/25 32/1 34/10
 34/19
manual [1]  16/21
manufacturer [1]  23/2
manufacturers [2]  23/3 33/9
MANUFACTURING [2]  2/12 3/3
many [14]  6/15 6/16 7/9 8/5 8/5 18/13 23/4
 23/4 30/20 30/21 30/21 32/20 32/24 37/5
Marbury [1]  3/16
market [3]  18/4 18/8 18/11
MARTIS [1]  1/19
massive [2]  18/18 31/14
matter [5]  13/22 15/3 27/20 29/1 38/4
matters [3]  6/17 10/13 23/18
MATTHEW [1]  1/16
MATTSON [6]  2/22 31/20 32/2 34/14
 34/16 34/18
may [16]  5/11 7/6 8/14 11/1 11/2 15/11 17/2
 19/7 19/7 20/24 20/24 30/12 30/16 35/13
 35/25 36/11
maybe [4]  6/17 15/25 19/2 19/23
MD [1]  3/17
MDL [38]  5/12 10/13 10/15 10/22 11/5
 11/12 11/15 11/16 13/20 13/20 13/21 14/9
 14/15 17/2 17/6 17/25 18/1 18/6 18/17
 18/25 18/25 19/3 20/3 20/5 20/9 20/13 21/2
 21/7 28/11 28/14 29/7 29/12 29/18 29/18
 31/10 33/12 35/11 36/10
me [22]  5/20 7/18 11/18 12/3 12/18 13/1

Dunn, et al. vs. Takata Corp., et al.                    44

**M**

me... [16]  13/5 13/9 13/17 14/9 14/24 22/12
22/18 23/2 23/25 33/3 35/24 36/6 36/23
37/10 37/11 37/17
mean [6]  13/12 22/2 22/16 23/25 24/4 37/19
means [5]  10/1 17/16 26/23 26/24 35/15
meeting [2]  7/5 20/16
meets [1]  19/3
mention [1]  16/13
mentioned [1]  19/2
met [1]  7/1
metric [1]  30/1
MIAMI [10]  1/2 1/4 1/18 2/13 3/7 3/23
 3/23 20/17 38/7 38/8
MICHAEL [2]  2/19 31/22
microphone [1]  34/16
Middle [1]  8/11
might [5]  5/6 10/21 13/7 28/10 36/9
miller [4]  3/22 3/24 38/5 38/6
millions [3]  18/21 18/22 18/22
minute [1]  14/21
misplaced [1]  32/1
Miss [1]  37/1
missing [1]  32/21
misunderstood [1]  19/2
moment [1]  7/10
Monica [1]  2/20
month [4]  13/1 18/10 19/4 19/13
months [8]  11/6 11/6 19/13 21/1 21/6 21/17
 36/12 36/12
more [7]  5/22 7/9 8/5 18/2 19/7 24/14 37/6
most [2]  5/2 26/20
motion [24]  4/4 4/6 4/8 5/4 5/4 5/11 5/12
 6/1 10/2 10/5 10/10 14/3 14/6 16/15 26/8
 26/17 27/7 35/24 35/24 35/25 36/1 36/13
 36/15 36/17
motions [6]  1/10 4/4 4/9 16/20 22/7 22/8
MOTOR [5]  2/11 3/2 3/9 3/15 31/22
mouth [1]  11/10
mouths [1]  15/8
move [1]  24/19
moved [3]  13/21 14/1 26/20
moves [1]  17/5
moving [1]  21/2
Mr [3]  31/20 31/25 34/19
Mr. [27]  5/8 5/10 6/9 7/24 12/25 15/3 15/10
 16/12 18/15 18/16 19/1 22/23 24/16 24/25
 27/15 27/20 28/2 29/11 31/19 32/1 32/2
 34/10 34/16 35/25 36/21 36/25 37/4
Mr. Bernick [9]  6/9 16/12 19/1 22/23 24/16
 24/25 27/15 36/21 36/25
Mr. Bernick's [1]  35/25
Mr. Dunn [1]  18/15
Mr. Koehler [1]  18/16
Mr. Krigbaum [2]  31/19 37/4
Mr. Mallow [2]  32/1 34/10
Mr. Mattson [2]  32/2 34/16
Mr. Prieto [9]  5/8 5/10 7/24 12/25 15/3
 15/10 27/20 28/2 29/11
much [7]  22/5 27/18 28/20 30/1 31/25 32/3
 37/20
multidistrict [3]  4/7 12/11 35/1
my [18]  5/2 5/18 7/1 8/20 10/24 11/12 11/14
 13/9 13/16 14/19 28/2 31/21 33/6 35/10
 35/13 35/18 36/6 36/22

**N**

name [3]  5/18 31/21 31/23
named [3]  12/8 18/16 33/21
narrow [5]  15/19 16/25 17/3 25/22 26/9
national [3]  7/2 12/7 23/17
nature [1]  8/1 17/10 28/7
need [15]  7/10 9/21 10/15 11/22 22/6 22/7
 23/20 23/21 24/9 24/11 25/20 27/9 28/12
 31/15 32/11
needed [1]  9/18
negotiate [1]  31/16
negotiated [2]  19/19 19/22
Neither [1]  33/5
never [3]  11/16 27/10 37/19
new [8]  1/21 1/23 8/13 11/15 21/11 37/2
 37/3 37/8
news [1]  9/24
newspaper [2]  24/23 25/1
next [1]  36/1 38/5
NHTSA [18]  7/1 7/8 7/9 4/9/15 15/18 17/16
 17/20 20/2 25/12 25/21 27/3 27/4 27/11
 31/4 31/6 31/13 32/8 32/12
nice [1]  13/4
Nissan [1]  37/3
no [25]  1/2 5/14 6/24 8/22 8/24 10/1 10/18
 11/22 13/10 13/19 14/17 14/20 16/2 16/25
 23/25 24/15 29/1 29/22 29/25 31/1 31/20
 33/16 33/21 33/24 34/2
none [1]  8/23
normal [1]  36/9
NORTH [6]  2/12 3/3 3/9 3/12 8/13 38/7
not [69]
notable [1]  29/23
notebook [1]  4/16
noted [1]  17/7
nothing [2]  21/4 26/23
notion [1]  32/5
novel [1]  12/24
now [20]  4/11 5/16 8/8 8/24 10/2 10/12 11/3
 11/12 12/3 12/11 13/15 22/5 22/10 22/22
 24/9 24/21 25/4 27/15 29/15 37/3
number [5]  16/11 16/20 18/7 18/18 19/23
NW [1]  3/3
NY [2]  1/21 1/23

**O**

obey [1]  31/15
objection [2]  5/10 12/3
objections [1]  31/3
observation [1]  13/15
observed [1]  35/2
obtain [1]  19/17
obviously [1]  35/23
off [5]  11/25 13/12 18/4 18/7 35/18
office [1]  36/25
OFFICES [1]  3/19
Official [2]  3/22 38/6
oh [3]  11/22 24/16 36/14
Okay [2]  5/16 23/8
old [2]  11/25 37/17
once [2]  20/2 20/5
one [32]  2/23 4/4 4/5 6/22 7/13 8/6 11/1
 11/3 12/19 16/1 16/11 16/13 16/20 17/2
 17/18 19/23 24/14 25/1 25/23 25/23 26/10
 27/25 29/2 30/13 31/15 32/6 32/9 32/11
 33/5 34/23 35/9 35/18

**ones** [1]  35/9
only [11]  11/3 11/3 13/15 13/24 18/15 18/16
 19/3 26/11 30/11 31/9 31/15
operate [1]  35/4
opportunity [1]  25/9
oppose [2]  16/5 16/10
opposed [1]  16/9
opposite [1]  9/22
opposition [1]  13/20
oral [1]  22/8
order [2]  36/22 37/12
ordering [1]  19/10
orders [3]  16/16 20/17 31/9
Organization [1]  7/2
organized [2]  11/19 18/19
original [1]  35/1
ORSECK [1]  1/16
other [21]  4/6 5/9 5/21 6/16 10/15 11/22
 13/24 19/11 25/25 26/2 26/15 26/20 26/23
 28/1 29/2 29/19 30/11 30/21 33/10 34/3
 34/23
others [4]  5/25 8/11 21/21 30/12
otherwise [1]  29/8
our [22]  7/4 15/8 15/16 15/16 15/19 15/23
 16/24 18/13 18/20 20/4 24/5 24/6 24/11
 24/13 24/22 24/22 25/6 26/5 26/12 26/17
 27/9 30/2
ourselves [1]  19/18
out [14]  4/11 6/18 10/23 12/24 19/10 21/19
 24/17 25/11 30/22 31/7 31/12 34/3 37/1
 37/12
out-of-pocket [1]  34/3
outside [1]  33/10
over [15]  4/11 8/3 8/9 8/14 8/15 11/14
 12/20 14/17 21/16 21/23 29/2 30/18 33/19
 35/2 37/10
overall [1]  10/17
own [2]  35/10 35/13

**P**

P-R-O-C-E-E-D-I-N-G-S [1]  4/1
P.A [2]  1/16 2/17
P.C [1]  2/2
P.M [1]  37/21
PA [1]  2/15
pace [1]  17/6
pages [2]  1/7 33/19
Palm [1]  2/18
panel [20]  4/7 10/13 10/16 10/22 11/5 11/16
 11/21 12/9 14/15 14/16 16/16 19/3 20/8
 28/14 29/10 30/17 35/1 35/3 36/3 36/10
papers [2]  9/1 18/13
paragraphs [1]  33/19
part [3]  14/2 14/4 21/23
particular [5]  9/1 21/10 28/8 32/21 33/1
parties [1]  4/8
pass [2]  4/16 4/23
pattern [1]  4/8
penalties [1]  31/14
Pendency [1]  16/15
pending [3]  4/6 8/23 16/17
Pennsylvania [1]  8/12
people [9]  5/21 7/21 13/3 18/22 22/21 26/14
 26/23 29/8 31/12
perceived [1]  22/17
perception [1]  35/13
perfect [1]  17/12

Dunn, et al. vs. Takata Corp., et al.                    45

**P**

perhaps [1]  6/4
period [1]  29/12
permit [1]  17/11
personal [4]  10/20 18/14 24/2 24/8
personally [1]  30/20
persons [1]  35/5
persuade [2]  13/5 13/9
PETER [1]  1/15
petition [1]  30/4
pharmaceutical [1]  18/3
phase [1]  22/20
Philadelphia [1]  2/15
PIPER [2]  3/9 3/15
place [5]  7/5 7/24 8/14 20/3 37/2
plaintiff [6]  1/15 2/2 2/5 17/25 33/22 33/24
plaintiff's [5]  25/25 26/2 33/15 33/16 33/18
plaintiffs [15]  1/4 4/5 7/10 9/9 10/3 13/20
 20/25 26/15 29/2 32/6 32/13 32/15 33/21
 34/2 34/8
plaintiffs' [1]  21/6
plan [1]  20/4
play [1]  30/14
Plaza [1]  2/12
pleading [2]  21/24 22/13
pleadings [4]  10/14 22/4 23/19 26/11
please [4]  4/2 5/17 15/11 34/16
PLLC [1]  3/2
PO [1]  2/18
pocket [1]  34/3
pockets [1]  8/9
PODHURST [1]  1/16
podium [1]  6/11
point [19]  7/18 8/20 8/21 10/8 10/9 10/24
 13/10 14/20 15/24 15/24 19/24 22/16 24/14
 28/12 29/21 30/8 30/23 33/14 36/20
points [4]  6/20 6/21 27/19 32/4
position [3]  17/7 27/11 29/1
possible [1]  35/5
possibly [1]  36/8
potentially [1]  34/4
practical [1]  10/11
practice [2]  14/3 21/24
practicing [1]  37/3
precisely [1]  27/16
prejudging [1]  12/4
prejudice [2]  36/18 36/19
preliminary [10]  8/23 10/1 10/6 10/10
 24/10 24/15 24/19 24/24 25/2 27/8
present [2]  6/16 31/10
presented [1]  7/14
pretrial [2]  16/16 16/18
pretty [6]  5/14 12/4 18/21 18/24 21/12 22/5
PRIETO [10]  1/15 5/8 5/10 7/24 12/25 15/3
 15/10 27/20 28/2 29/11
principles [1]  34/25
print [1]  19/9
probably [12]  6/3 10/2 10/13 12/19 13/22
 13/22 20/17 22/1 22/1 22/2 22/7 37/9
problem [3]  5/11 16/2 22/25
problems [1]  29/5
procedure [1]  36/23
proceed [1]  28/13
proceedings [8]  16/17 16/22 16/23 17/1
 17/12 28/21 37/21 38/3
proceeds [1]  29/9

process [17]  12/23 19/16 20/2 20/5 20/14
 20/23 27/23 29/3 29/8 29/13 30/1 30/13
 31/11 33/13 35/4 35/12 35/14
processes [1]  36/9
produce [8]  18/9 19/20 20/1 25/25 26/1
 26/3 26/4 32/16
produced [8]  17/19 17/19 20/1 20/12 25/21
 28/16 31/5 31/6
producing [2]  20/11 25/12
product [1]  18/11
production [1]  32/10
properly [1]  9/9
prosecute [1]  9/22
prosecution [2]  9/18 10/5
protect [7]  24/5 24/11 24/13 25/6 27/9 30/2
 30/6
protecting [1]  15/16
protective [1]  31/8
provide [1]  17/16
provided [1]  17/15
provision [1]  19/19
prudential [1]  28/24
public [7]  6/23 7/17 9/25 23/22 23/23 29/22
 29/23
publicized [1]  9/3
publicly [1]  25/4
purpose [2]  27/21 28/25
push [1]  17/17
put [8]  4/24 11/10 17/4 19/19 25/24 26/5
 27/11 33/13

**Q**

quarreling [1]  22/17
question [6]  6/24 7/14 11/4 30/8 31/1 31/1
quicker [3]  21/21 21/22 26/20
quickly [1]  21/12
quit [1]  13/7
quite [2]  10/17 11/9
quote [1]  16/15

**R**

rambling [1]  23/13
Randolph [1]  2/9
rather [2]  4/21 5/4
rational [5]  28/13 28/15 28/19 29/6 29/7
read [1]  21/18
ready [2]  12/8 18/11
real [3]  13/4 13/4 27/21
really [9]  9/15 11/20 17/9 19/1 22/13
 27/19 29/24 32/6 35/15 35/15 36/8
reason [11]  11/7 15/15 16/10 19/16 23/21
 25/20 26/12 35/8 36/4 36/4 36/10
reasonable [5]  5/15 15/14 17/6 28/10 35/6
reasonably [1]  35/17
reasons [1]  35/10
recalls [1]  9/7
received [1]  34/4
receiving [1]  21/16
recognized [3]  30/5 30/6 34/6
recollection [1]  33/6
recommended [1]  20/8
record [1]  4/25
recorded [1]  4/21
records [4]  19/21 19/21 25/5 25/10
Reese [1]  37/17
refer [1]  35/25
reference [1]  29/21

referred [1]  35/12
reflected [1]  9/16
reflecting [1]  6/25
regarding [1]  5/12
regular [1]  7/6
REISKIN [1]  3/2
relate [1]  32/16
related [1]  32/10
relates [3]  7/19 7/23 9/10
relevant [2]  25/11 31/7
relief [9]  8/19 10/15 24/3 24/6 24/11 26/7
 27/1 27/5 34/8
relying [4]  26/14 26/24 27/16 30/12
remind [1]  13/9
renew [1]  36/19
replace [1]  18/8
replacement [2]  18/9 33/22
replying [1]  34/22
report [1]  7/5
REPORTED [1]  3/22
reporter [3]  3/22 4/24 38/6
represent [3]  5/19 6/9 31/22
represented [3]  8/15 10/3 32/25
representing [1]  24/3
request [20]  8/22 8/24 15/19 17/3 17/10
 20/4 26/5 27/21 28/7 28/8 28/10 28/11
 29/15 29/17 30/4 31/13 32/7 32/9 33/23
 34/1
requested [4]  33/22 33/24 34/9 36/14
requests [5]  16/24 31/3 32/12 32/13 34/7
require [2]  16/11 31/9
required [1]  30/1
requires [1]  19/20
resolve [2]  7/11 7/12
resolved [1]  7/16
respect [3]  12/13 12/15 19/22
respect it [1]  12/15
respectful [1]  13/10
respects [1]  8/6
respond [1]  15/22
responded [1]  16/3
response [2]  14/22 27/17
responsibility [1]  7/3
results [1]  25/19
review [1]  12/22
right [18]  4/3 5/2 5/16 6/7 8/3 11/3 12/3
 14/13 21/15 23/14 24/21 25/4 27/15 30/17
 33/12 37/16 37/19 37/20
rights [1]  26/15
risk [1]  32/19
RMR [2]  3/22 38/6
road [2]  16/4 21/17
ROLAND [1]  2/2
role [1]  30/14
roughly [2]  23/4 23/6
rule [6]  13/6 16/14 16/14 16/15 28/21 35/15
rules [1]  21/19
ruling [1]  13/10
running [7]  9/21 23/15 23/20 23/21 27/22
 29/6 30/23
ruptures [1]  9/8

**S**

safety [10]  6/23 7/3 7/4 7/12 7/17 23/22
 23/23 24/9 29/22 29/23
said [3]  10/18 16/2 27/22
same [6]  8/3 8/6 15/17 16/22 28/15 34/22

Dunn, et al. vs. Takata Corp., et al.                    46

## S

San [1]  2/7
Santa [1]  2/20
say [14]  4/16 13/5 13/18 23/6 24/1 25/3
 28/18 28/19 30/11 31/11 31/17 32/14 36/5
 37/16
saying [12]  9/20 11/17 12/16 12/17 17/3
 25/7 25/8 27/3 27/7 27/8 31/16 32/15
says [9]  16/14 16/19 16/21 19/20 24/16 28/9
 28/24 29/6 29/14
scheduled [2]  4/3 13/21
SCHLESINGER [2]  3/18 3/19
SCOTT [5]  3/5 3/5 3/18 6/5 13/8
screeching [3]  16/5 17/4 26/6
seat [1]  14/10
seated [1]  4/2
second [4]  4/7 7/18 19/24 29/21
secondly [1]  11/7
secret [1]  25/17
see [19]  5/8 9/5 12/2 12/24 14/4 14/5 14/22
 21/24 24/12 24/12 25/6 25/21 26/24 26/25
 27/6 27/8 29/8 32/12 36/20
seek [1]  8/7
seeks [1]  8/22
seem [1]  4/9
seems [3]  12/8 22/12 22/18
seen [1]  14/2
SEIPP [1]  2/11
selected [1]  22/16
self [1]  24/22
self-serving [1]  24/22
send [2]  12/23 37/11
sense [3]  9/15 10/11 15/23
sensible [1]  18/19
sent [2]  10/22 12/23
series [1]  9/3
serve [1]  30/7
served [1]  33/9
serving [1]  24/22
set [6]  19/25 20/11 26/19 27/5 31/15 31/16
settlements [1]  18/23
seven [2]  21/1 35/19
several [5]  4/8 4/9 5/1 8/10 14/16
share [1]  25/24
SHELDON [1]  3/19
short [1]  7/11
should [17]  7/16 10/25 11/4 11/7 11/20
 12/23 13/6 22/18 28/22 30/15 30/16 30/22
 35/16 35/20 36/1 36/19 37/16
show [1]  37/11
shows [2]  18/8 25/9
shred [1]  25/2
shut [2]  9/20 15/8
side [2]  11/22 31/12
sign [1]  4/24
signature [1]  36/22
SIGNEY [1]  2/23
significant [3]  6/23 23/23 24/8
simple [3]  11/9 20/12 26/13
simply [7]  17/15 17/21 25/5 25/22 26/24
 27/3 28/9
since [1]  7/6
single [4]  11/1 17/25 25/11 33/19
sir [1]  31/23
sit [1]  14/21
site [1]  9/21

sits [1]  21/18
sitting [1]  30/16
six [6]  21/1 21/17 23/6 23/8 23/13 35/19
skipped [2]  21/16 21/23
slop [1]  37/18
slot [1]  29/15
slowed [1]  23/12
slowly [1]  26/6
slows [1]  21/8
small [1]  25/5
smiling [1]  12/15
SMITH [2]  3/12 3/17
so [50]
solidified [2]  22/13 23/19
some [23]  5/25 6/18 8/18 9/19 9/19 10/16
 10/20 11/5 15/23 15/24 15/24 18/7 19/2
 19/18 19/22 20/8 21/21 21/21 28/12 32/4
 36/8 36/10 36/19
somebody [2]  18/8 18/16
somehow [1]  7/11
something [13]  10/11 13/6 14/23 19/5 25/6
 28/11 28/20 30/9 32/20 36/4 36/7 36/24
 37/9
sometimes [2]  13/8 37/18
somewhere [1]  36/7
soon [1]  29/3
sorry [2]  31/23 34/11
sort [3]  10/16 11/8 22/10
sound [1]  13/17
sounds [1]  28/3
South [2]  2/23 19/21
Southeast [1]  3/20
SOUTHERN [7]  1/1 8/10 11/2 19/5 20/9
 21/11 36/6
speak [1]  6/8
SPEAKER [1]  31/20
speaking [3]  5/25 6/2 15/7
specific [2]  21/10 21/10
specifically [1]  29/25
specifics [2]  9/14 31/7
speed [4]  9/17 19/16 20/2 20/4
speeding [1]  20/14
spoken [1]  34/19
St [1]  2/6
stand [1]  4/22
standard [1]  12/5
start [11]  5/3 5/7 6/18 20/25 23/15 23/20
 23/21 27/22 27/22 29/7 29/14
starting [1]  22/15
starts [2]  21/2 29/3
statement [1]  28/6
statements [3]  24/21 24/22 24/23
states [5]  1/1 1/11 3/22 12/8 38/6
stay [21]  4/6 5/4 10/25 14/1 15/21 16/6 16/9
 16/11 17/21 17/23 19/20 26/5 26/8 26/12
 26/16 26/23 36/2 36/2 36/13 36/15 36/16
stays [2]  19/18 19/22
STEINHAUS [1]  3/2
step [1]  6/11
STEPHEN [1]  2/16
steps [1]  24/13
still [3]  18/11 29/21 37/2
stories [2]  25/1
straightened [1]  10/23
Street [6]  1/17 2/15 2/23 3/3 3/9 3/13
strong [1]  13/16
sub [1]  22/24

Subaru [1]  33/4
subject [1]  18/3
submit [1]  36/23
subsequent [1]  17/1
substantial [3]  4/25 22/9 35/23
such [2]  8/24 20/9
SUCHAROW [3]  1/20 1/22 1/22
sued [1]  33/1
sufficiency [1]  10/14
suggest [1]  8/25
suggesting [2]  12/2 23/14
suggestion [1]  5/2
suggests [2]  11/22 33/20
Suite [11]  1/17 2/3 2/9 2/12 2/21 3/3 3/6
 3/10 3/13 3/16 38/7
support [1]  13/20
supporter [3]  34/25 35/3 35/7
sure [5]  6/12 11/16 17/5 29/2 30/13
suspect [1]  6/4
suspend [1]  16/16

## T

tailor [1]  20/4
TAKATA [10]  1/6 2/5 5/19 5/19 5/21 7/7
 16/7 26/14 26/22 32/11
take [8]  9/4 10/7 12/19 15/7 15/18 22/20
 24/13 27/25
taken [2]  18/4 18/7
taking [2]  5/12 30/9
talk [3]  15/3 23/11 30/19
talked [1]  21/25
talking [10]  11/20 12/16 13/7 13/8 14/5
 19/1 21/1 22/18 23/12 36/1
Tampa [2]  3/9 3/10
taught [2]  11/5 12/18
telegraphing [1]  12/4
tell [3]  13/2 21/3 24/25
telling [1]  32/19
TELLIS [1]  2/2
tells [1]  14/9
temporary [1]  36/16
tend [1]  8/9
tends [1]  13/16
term [1]  20/13
terms [1]  23/3
TERRI [1]  3/2
test [1]  22/4
testing [3]  22/4 25/17 25/19
than [10]  4/21 5/4 5/22 19/7 21/21 23/9
 24/18 26/20 34/3 37/7
thank [14]  4/2 15/1 15/2 15/9 27/13 27/14
 27/18 31/18 34/10 34/10 34/17 37/14 37/15
 37/20
that [234]
that's [39]
their [21]  6/9 7/21 11/23 12/22 12/22 13/25
 14/2 14/4 14/6 14/6 17/7 21/9 25/16 26/10
 30/7 30/7 33/17 34/1 34/3 34/5 35/5
them [14]  7/10 8/10 11/25 12/12 14/16 15/7
 18/8 19/8 19/9 19/22 25/22 26/3 29/16
 30/21
themselves [1]  7/11
then [14]  4/24 5/2 5/16 11/16 12/23 13/8
 14/9 14/11 20/19 20/21 20/22 21/15 21/16
 22/3
there [77]
there's [1]  22/19

Dunn, et al. vs. Takata Corp., et al.                47

**T**

these [17]  6/15 6/17 10/15 11/11 11/14
 13/20 14/15 16/20 17/18 18/14 22/21 23/15
 23/18 25/1 25/17 28/19 29/1
they [62]
they're [15]  8/11 8/12 8/12 8/13 8/13 8/14
 8/15 11/24 15/24 18/9 25/12 26/24 27/16
 29/17 29/25
they've [2]  25/1 35/17
thing [10]  10/7 13/24 16/13 16/22 19/11
 20/21 22/10 26/10 29/2 30/13
things [8]  7/9 10/15 11/11 11/3 14/15 17/8
 23/12 30/11
think [20]  5/6 6/21 8/18 11/2 11/9 13/14
 14/7 15/6 15/7 19/14 20/18 27/20 27/22
 34/19 35/12 35/15 35/20 35/24 36/1 36/8
 11/13
thinking [1]  11/13
third [4]  3/20 8/20 8/21 10/9
this [107]
THOMAS [1]  3/5
THOMPSON [1]  3/8
those [17]  4/9 6/8 8/1 8/8 10/12 19/21 19/22
 22/4 22/7 22/8 31/2 32/13 33/5 34/5 34/5
 34/7 34/7
though [2]  29/24 30/16
three [7]  9/2 10/12 11/6 13/1 20/18 21/6
 21/12
threshold [1]  27/20
through [3]  12/22 22/20 37/11
thrusts [1]  4/10
time [15]  4/14 7/6 7/15 7/17 10/6 10/8 10/8
 14/22 15/17 22/20 23/18 28/12 29/9 29/12
 29/15
times [2]  9/2 13/1
TK [3]  2/8 2/14 2/17
today [9]  5/20 6/16 7/14 8/22 10/9 10/24
 13/5 13/13 19/7
today's [1]  17/16
together [1]  33/13
told [1]  14/24
too [1]  21/24
took [2]  7/5 7/24
totally [1]  12/12
touch [2]  7/9 14/8
towards [1]  28/8
town [2]  37/1 37/5
TOYOTA [2]  2/11 3/2
track [2]  14/11 37/17
traditional [3]  11/8 11/21 35/12
traditionally [1]  17/8
TRANSCRIPT [1]  1/10
transcription [1]  38/3
transferred [1]  21/5
transportation [2]  7/2 33/25
tremendous [2]  9/24 9/25
tried [1]  30/19
true [3]  28/13 30/11 32/6
try [1]  37/19
trying [5]  13/9 15/15 21/18 30/14 36/5
turn [2]  5/17 8/20
two [14]  4/4 4/10 9/1 11/1 11/3 13/1 18/7
 19/13 20/18 20/19 21/12 25/19 37/11 37/13
two thrusts [1]  4/10
twofold [1]  23/22

**U**

U.S [1]  38/7

ultimately [1]  5/7
unassailable [1]  30/3
unbelievably [1]  31/14
under [1]  31/14
understand [2]  24/7 36/15
undertaking [1]  31/14
undoubtedly [1]  10/2
UNIDENTIFIED [1]  31/20
unit [1]  23/2
UNITED [4]  1/1 1/11 3/22 38/6
universe [2]  32/10 32/16
unless [1]  13/6
until [6]  14/8 15/22 21/3 22/12 29/14 36/2
 36/19
up [17]  4/22 9/15 9/17 10/7 12/12 12/25
 13/2 13/3 14/9 14/23 18/8 19/7 19/16 20/2
 20/5 20/14 21/15
up-to-date [1]  9/15
updates [1]  9/9
upon [2]  14/19 30/12
us [17]  11/5 17/17 19/20 19/21 20/12 25/5
 25/8 25/23 25/23 26/14 26/17 26/24 27/4
 27/4 27/8 28/9 32/7
use [1]  34/16
using [1]  34/3
usual [1]  36/22
usually [4]  11/6 20/17 21/9 26/18

**V**

value [13]  7/20 7/22 8/2 8/7 8/7 8/17 8/22
 10/19 15/8 24/1 24/4 25/14 34/3
vault [1]  25/24
vehicle [2]  34/1 34/4
Ventura [1]  2/3
very [46]
view [3]  9/15 30/8 30/23
viewpoint [1]  14/14
views [1]  30/22
vindicate [1]  26/15
Vioxx [1]  18/1
voice [2]  11/19 16/12

**W**

wait [4]  5/22 12/2 15/22 21/3
want [14]  8/20 8/25 9/20 11/9 12/2 13/7
 13/11 15/4 15/4 27/24 32/14 32/15 32/23
 37/10
wanted [1]  23/11
wants [1]  31/6
warranted [1]  10/6
warrants [1]  30/9
was [20]  7/5 7/25 7/25 11/12 11/14 17/25
 18/1 18/3 22/25 26/13 26/21 27/24 31/23
 33/23 34/1 34/21 35/9 35/14 36/14 37/6
Washington [1]  3/4
way [14]  5/3 5/6 5/15 11/8 13/24 16/25 17/8
 18/19 22/17 28/1 28/3 34/23 36/18 37/16
we [125]
we've [1]  4/12
wealth [2]  24/17
week [1]  9/2
weekends [1]  25/18
weeks [5]  7/25 8/24 20/18 20/19 21/13
WEINSHALL [1]  1/16
well [18]  5/1 5/10 6/4 6/7 8/4 8/15 9/12
 11/19 14/8 19/1 19/3 22/3 22/22 23/13 24/2
 28/19 30/17 31/16

well-informed [1]  9/12
went [2]  33/17 35/18
were [12]  4/14 11/15 14/16 24/24 25/17
 26/13 26/16 26/21 28/12 28/13 30/20 33/25
West [4]  1/17 2/18 3/3 8/14
what [66]
what's [4]  12/16 19/4 19/4 20/14
whatever [12]  12/12 12/13 12/17 14/23
 19/7 21/12 26/3 36/12 36/13 36/24 37/9
 37/16
whatsoever [1]  6/24
when [8]  6/25 7/15 16/19 18/8 21/3 24/18
 30/20 32/14
whenever [1]  18/12
where [23]  6/18 6/21 7/15 7/18 9/17 9/19
 9/24 10/6 12/23 13/13 14/3 14/19 19/12
 21/5 22/6 22/11 22/15 22/19 27/11 28/16
 29/9 29/15 36/25
whereas [1]  18/17
wherever [1]  10/22
whether [17]  4/13 7/12 10/16 10/25 11/4
 14/18 20/7 20/10 20/10 22/9 25/6 25/13
 25/14 25/14 27/9 29/20 30/8
Whichever [1]  5/23
while [2]  11/17 29/12
who [25]  5/8 5/21 6/9 6/16 6/17 7/21 9/13
 9/21 10/3 11/15 15/2 17/2 16/2 30/22 31/9
 31/12 31/16 32/18 32/24 32/25 33/1 33/1
 33/9 33/10 34/13
whoever [2]  20/19 31/10
whole [4]  20/23 24/15 28/24 35/8
whom [1]  23/9
why [11]  6/7 13/7 14/21 17/20 23/20 24/9
 25/20 26/15 26/19 32/22 32/22
Wilkie [1]  38/7
will [44]
wise [1]  10/7
within [3]  20/18 20/19 26/17
without [3]  23/12 36/17 36/18
won't [1]  29/13
word [2]  13/16 36/11
words [3]  11/10 13/16 27/24
work [4]  26/6 26/6 28/19 31/7
worked [2]  5/1 37/5
working [2]  31/2 31/12
world [1]  17/16
worry [1]  7/10
worse [2]  31/25 32/3
would [43]
wouldn't [2]  14/8 19/11

**Y**

Yeah [1]  21/23
year [1]  7/1
years [10]  5/1 8/3 11/14 13/2 14/17 18/21
 18/23 35/2 35/19 37/5
yes [13]  4/15 4/17 4/19 5/17 12/6 12/6 12/10
 12/21 13/18 18/15 21/14 28/5 31/19
yet [4]  6/1 11/24 33/9 34/12
York [7]  1/21 1/23 8/13 21/11 37/2 37/4
 37/8
you [124]
you're [1]  22/15
you've [3]  13/6 22/19 37/8
your [59]

Dunn, et al. vs. Takata Corp., et al.                    48

**Y**

yourself [1]  20/10

**Z**

zero [1]  16/8